Joseph C. Faucher, No. 137353
TRUCKER ✦ HUSS, APC
633 W. 5th Street, 26th Floor
Los Angeles, CA 90071
Telephone: (213) 537-1016
Facsimile: (213) 537-1020
E-mail: jfaucher@truckerhuss.com

Dylan D. Rudolph, No. 278707
TRUCKER ✦ HUSS, APC
One Embarcadero Center, 12th Floor
San Francisco, CA 94111
Telephone: (415) 788-3111
Facsimile: (415) 421-2017
E-mail: drudolph@truckerhuss.com

Attorneys for Defendant
GREATBANC TRUST COMPANY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| ANTONIO HURTADO, CHRISTOPHER ORTEGA, JOSE QUINTERO, MARITZA QUINTERO, JORGE URQUIZA, and MARIA VALADEZ, individually and on behalf of a class of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>RAINBOW DISPOSAL CO., INC. EMPLOYEE STOCK OWNERSHIP PLAN COMMITTEE, GERALD MOFFATT, JEFF SNOW, GREGORY RANGE, JON BLACK, CATHARINE ELLINGSEN, BILL EGGLESTON, MARK R. CLATT, BRIAN M. DELGHIACCIO, STEVEN H. EDDLEBLUTE, BRIAN A. GOEBEL, GREATBANC TRUST COMPANY, RAINBOW DISPOSAL, CO. INC., REPUBLIC SERVICES, INC.,<br><br>Defendants. | Case No. 8:17-cv-01605-JLS-DFM<br><br>**DECLARATION OF JAMES E. STARUCK IN SUPPORT OF DEFENDANT GREATBANC TRUST COMPANY'S MOTION TO DISMISS PLAINTIFFS' "AMENDED COMPLAINT FOR VIOLATIONS OF ERISA"**<br><br>**Fed. R. Civ. Pro. 12(b)(6)**<br><br>**DATE:** July 6, 2018<br>**TIME:** 2:30 p.m.<br>**CTRM:** 10A |

DECLARATION OF JAMES E. STARUCK IN SUPPORT OF DEFENDANT GREATBANC TRUST COMPANY'S MOTION TO DISMISS; Case No. 8:17-cv-01605-JLS-DFM

1

## DECLARATION OF JAMES E. STARUCK

I, James E. Staruck, declare:

1. I am the President and Chief Executive Officer of GreatBanc Trust Company ("GreatBanc"). I joined GreatBanc as a Vice President in early 2004. I have served as GreatBanc's President since 2010, and Chief Executive Officer since 2013. I make this declaration in support of GreatBanc's Motion to Dismiss Plaintiffs' "Amended Complaint for Violations of ERISA," filed herewith.

2. Each of the facts stated herein is true, correct and within my personal knowledge or, if stated on information and belief, is true and correct to the best of my information and belief. If called upon as a witness, I could and would testify as to the truth of these statements.

3. Attached hereto as Exhibit 1 is a true and correct copy of the Rainbow Disposal Co., Inc. Employee Stock Ownership Plan (the "ESOP") Plan Document, as amended and restated effective July 1, 2004.

4. Attached hereto as Exhibit 2 is a true and correct copy of Amendment No. 1 to the ESOP Plan Document, dated July 1, 2009.

5. Attached hereto as Exhibit 3 is a true and correct copy of Amendment No. 2 to the ESOP Plan Document, dated December 22, 2009.

6. Attached hereto as Exhibit 4 is a true and correct copy of Amendment No. 3 to the ESOP Plan Document, dated August 6, 2010.

7. Attached hereto as Exhibit 5 is a true and correct copy of Amendment No. 4 to the ESOP Plan Document, dated August 25, 2014.

8. Attached hereto as Exhibit 6 is a true and correct copy of Amendment No. 5 to the ESOP Plan Document, dated October 1, 2014.

9. Attached hereto as Exhibit 7 is a true and correct copy of the Successor Trustee Engagement Agreement between Rainbow Disposal Co. Inc. ("Rainbow") and GreatBanc, dated October 7, 2002.

Trucker ♦ Huss
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, California 94111

1  10. Attached hereto as Exhibit 8 is a true and correct copy of the "Amendment to Trustee Engagement Agreement," dated July 10, 2014.

11. Attached hereto as Exhibit 9 is a true and correct copy of the Rainbow Disposal Co., Inc. Employee Stock Ownership Trust Agreement (the "Trust Agreement"), as amended and restated effective January 1, 1999.

12. Attached hereto as Exhibit 10 is a true and correct copy of Amendment No. 1 to the Trust Agreement, dated June 30, 2004.

13. Attached hereto as Exhibit 11 is a true and correct copy of Amendment No. 2 to the Trust Agreement, dated July 1, 2014.

14. Attached hereto as Exhibit 12 is a true and correct copy of Amendment No. 3 to the Trust Agreement, dated October 1, 2014.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct. Executed this 21st day of March 2018, in Lisle, Illinois.

_____
James E. Staruck

DECLARATION OF JAMES E. STARUCK IN SUPPORT OF DEFENDANT GREATBANC TRUST COMPANY'S MOTION TO DISMISS; Case No. 8:17-cv-01605-JLS-DFM