# EXHIBIT 3

AMENDMENT NO. 2
TO THE
RAINBOW DISPOSAL CO., INC.
EMPLOYEE STOCK OWNERSHIP PLAN
As Amended and Restated Effective as of July 1, 2004

WHEREAS, Rainbow Disposal Co., Inc. (the "Company") established and maintains the Rainbow Disposal Co., Inc. Employee Stock Ownership Plan, amended and restated effective as of July 1, 2004 (the "Plan") for the benefit of its eligible Employees; and

WHEREAS, the Company desires to amend the Plan to (i) to provide for accelerated vesting and rollovers of eligible rollover distributions to Roth IRAs in compliance with the requirements of the Pension Protection Act of 2006; and (ii) to provide for full vesting of account balances of participants who die during qualified military service in compliance with the Heroes Earnings Assistance and Relief Tax Act of 2008.

NOW, THEREFORE, the Plan as previously amended, is further amended effective as follows:

1. **Effective as of January 1, 2007, Section 10 (Vesting and Forfeitures) is amended by adding the following provision to the end of Section 10(a)(1):**

   or, (5) dies while performing USERRA-qualified active military service on or after January 1, 2007.

2. **Effective as of July 1, 2007, Section 10 (Vesting and Forfeitures) is amended by adding the following provision to the end of Section 10(a)(4):**

   ; provided, however, that the interest in the portion of a Participant's Accounts attributable to an allocation of Employer Contributions for any Plan Year beginning on or after January 1, 2007 shall become 100% vested and nonforfeitable after he completes at least three years of Credited Service.

3. **Section 14 (How Capital Accumulation Will Be Distributed) is amended by adding to paragraph (e) the following provision to the definition of "eligible retirement plan" effective July 1, 2008:**

   a Roth individual retirement account described in Section 408A(b) of the Code

W02-WEST:5MBK1\402356187.1              -1-

To record this Amendment No. 2 of the Plan, the Company has caused it to be executed on this 22 day of December 2009.

RAINBOW DISPOSAL CO., INC.

By _____