# EXHIBIT 5

FINAL VERSION

AMENDMENT NO. 4
TO THE
RAINBOW DISPOSAL CO., INC.
EMPLOYEE STOCK OWNERSHIP PLAN
As Amended and Restated Effective as of July 1, 2004

WHEREAS, Rainbow Disposal Co., Inc. (the "Company") established and maintains the Rainbow Disposal Co., Inc. Employee Stock Ownership Plan, amended and restated effective as of July 1, 2004 (the "Plan") for the benefit of its eligible Employees; and

WHEREAS, the Company desires to amend the Plan to clarify that the Plan's Trustee has discretionary authority to sell all or substantially all of the outstanding shares of the Company to a third party in a change of control transaction.

NOW, THEREFORE, the Plan as previously amended, is further amended effective as of August 8, 2014

**1.     Section 5(d) (Sales of Company Stock) is amended by adding the following new paragraph:**

Notwithstanding the foregoing provisions or any other provision in the Plan or Trust to the contrary, the Trustee shall have the discretionary authority (without directions from the ESOP Committee, the Board of Directors or any other party) to: (i) sell all or substantially all of the outstanding shares of the Company to a third party in a change of control transaction, and (ii) execute and deliver instruments to effect such a sale.

To record this Amendment No. 4 of the Plan, the Company has caused it to be executed on this 25th day of August 2014

RAINBOW DISPOSAL CO., INC.

By _____
Jerry Moffatt

Title   Executive Chairman