# EXHIBIT 6

AMENDMENT NO. 5
TO THE
RAINBOW DISPOSAL CO., INC.
EMPLOYEE STOCK OWNERSHIP PLAN
As Amended and Restated Effective as of July 1, 2004

WHEREAS, Rainbow Disposal Co., Inc. (the "Company") established and maintains the Rainbow Disposal Co., Inc. Employee Stock Ownership Plan, amended and restated effective as of July 1, 2004 (the "Plan") for the benefit of its eligible Employees; and

WHEREAS, in connection with the proposed acquisition of the Company by Republic Services, Inc., a Delaware corporation (the "Purchaser") through the purchase by Purchaser of all of the outstanding Company stock from the Plan, as set forth in that certain Stock Purchase Agreement, dated August 26, 2014, (the "SPA"), by and among the Purchaser, the Plan and the Company, the Company has agreed to amend the Plan as follows and to terminate the Plan effective immediately following and contingent upon the closing (the "Closing") of the sale of all of the Company stock pursuant to the SPA.

NOW, THEREFORE, the Plan is hereby amended as follows, contingent upon and effective immediately following the Closing (except as otherwise provided):

1. **Section 1 (Nature of the Plan) is amended to add the following new paragraph:**

   Conversion from ESOP to Profit Sharing Plan. Contingent upon and effective immediately following the Closing, the Plan is hereby converted from an employee stock ownership plan under Section 4975(e)(7) of the Code to a profit sharing plan under Section 401(a) of the Code. Consistent with the conversion of the Plan, and after the Closing, the following provisions are no longer effective: (i) Section 2 definition of Fair Market Value (independent appraiser requirement); (ii) Section 5(b) and (c) and related sections (exempt loans); (iii) the second sentence of the second paragraph of Section 7(a) and Section 7(b) (Code Section 415(c) limits); (iv) Sections 7(c) and (d) (Code Section 409(n) and (p) restrictions); (v) Section 8 (Voting Company Stock); and (vi) Section 13 (Dividend Distributions; Diversification Election).

2. **Section 2 (Definitions) is amended by adding the following definitions:**

   | | |
   |---|---|
   | Closing............... | The sale by the Plan of all its Company Stock to Republic Services, Inc. (the "Purchaser") pursuant to the terms of the SPA. |
   | SPA ........................ | The Stock Purchase Agreement, dated as of August ___, 2014, by and among the Purchaser, the Company and the Plan. |

3. Section 2 (<u>Definitions</u>) is amended by adding the following provision to the end of the definition of "Accounting Date":

"Closing shall be an Accounting Date for the short Plan Year beginning on July 1, 2014."

4. Section 2 (<u>Definitions</u>) is amended by adding the following provision to the end of the definition of "Plan Year":

"The Plan's final Plan Year shall begin on July 1, 2014 and end on the Closing."

5. Section 3(a) (<u>Eligibility Requirements</u>) is amended by adding the following new sentence to the end thereof:

No individual shall become a Participant at or after the Closing.

6. Section 3(b) (<u>Allocation Requirements</u>) is amended by adding the following new paragraph (2):

(2) <u>Employer Contributions For the Plan Year Ending on the Closing</u> - A Participant is entitled to share in the allocations of Financed Shares released from the Loan Suspense Account as a result of the Employer Contribution for the Plan Year ending on the Closing if he is an Employee (or on Approved Absence) on September 30, 2014. Notwithstanding the foregoing, a Participant also is entitled to share in the allocation of Financed Shares released from the Loan Suspense Account for the Plan Year ending on the Closing if his Retirement, Disability or death occurs during such Plan Year (even though he is not an Employee on September 30, 2014).

7. Section 4 (<u>Employer Contributions</u>) is amended by adding the following new subsection (e):

A final Employer Contribution shall be made to the Plan immediately prior to and effective with the Closing to be used by the Trustee to repay the Acquisition Loan. A portion of such Employer Contribution, up to the maximum deduction limits of Section 404(a)(3) of the Code, will be designated for the tax year ended June 30, 2014 reduced by amounts previously contributed for such tax year, with the remaining amount designated for the tax year beginning July 1, 2014 and ending on the Closing. All Employer Contributions shall comply with the deduction limits of Section 404 of the Code and all allocations shall comply with the annual addition limits of Section 415 of the Code.

8. Section 5(d) (<u>Sales of Company Stock</u>) is amended by deleting the first and last sentences of the existing paragraph and adding the following new paragraphs:

2

Notwithstanding the foregoing provisions or any other provision in the Plan or Trust to the contrary, the Trustee shall have the discretionary authority (without directions from the ESOP Committee, the Board of Directors or any other party) following the Closing to enforce the provisions of the SPA for the benefit of the Participants, including decisions relating to any payments of escrowed funds under the SPA. The escrow funds are owned solely by Purchaser and nothing shall entitle the Plan or any Participant or Beneficiary in the Plan to any payments from, or create any interest on their part in, the escrow funds prior to their disbursement to and receipt by Trustee and, accordingly, the escrow funds shall not be considered as assets of the Plan (prior to being disbursed to and received by the Trustee pursuant to the terms of the escrow agreement) nor should the escrow agent be deemed a fiduciary for purposes of ERISA.

Effective at and after the Closing, Trust Assets will be invested primarily in investments designed to preserve principal consistent with the requirements of ERISA. The Trustee may appoint an Investment Manager to manage and control the investment of Trust Assets. If an Investment Manager is appointed, the Trustee will thereafter act at the direction of the Investment Manager solely with respect to the investment of Trust Assets.

9. **Section 6(a) (Employer Contributions and Forfeitures) is amended by adding the following new paragraph:**

For the Plan Year ending on the Closing, allocations of Financed Shares released from the Loan Suspense Account as a result of the Contribution will be allocated as of the Closing among the Accounts of Participants so entitled under Section 3(b)(2) in the ratio that the Compensation of each such Participant bears to the total Compensation of all such Participants, subject to the allocation limitations described in Section 7; provided, however, that for this purpose, Compensation shall include only amounts paid during such Plan Year through September 30, 2014, and the compensation limit under Section 401(a)(17) shall be prorated based on the number of months in such Plan Year.

10. **Section 6(b) (Financed Shares) is amended by adding the following new paragraph:**

For the Plan Year ending on the Closing, proceeds from the sale of Financed Shares remaining after the contribution made pursuant to Section 4(e) and the release and allocations made pursuant to Section 6(a) shall be used to repay the Acquisition Loan attributable to such Financed Shares to the extent such proceeds are considered earnings or gains from the sale of such stock. The proceeds from the sale of Financed Shares remaining after the full repayment of the Acquisition Loan shall be allocated as of the Closing among the Accounts of Participants in the ratio that the Compensation of each such Participant for the short Plan Year beginning on July 1, 2014 and ending on the Closing bears to the total Compensation of all such Participants for such short Plan Year; provided, however, that the compensation limit under Section 401(a)(17) shall be prorated based on the number of months in such short Plan Year. The amounts allocated pursuant to this Section 6(b) will be accounted for as earnings of the Plan and will not be treated as "annual additions" under Section 415(c) of the Code.

11. **Section 7(a) (Limitation on Annual Additions) is modified to add the following sentence to paragraph (2):**

For the Plan Year ending at the Closing, the dollar limitation under Section 415(c)(1)(A) of the Code will be prorated for the number of months in such Plan Year.

12. **Article 10 (Vesting and Forfeitures) is amended by adding the following sentence to the end of subsection (a):**

Effective as of the Closing, each Participant who, as of July 1, 2014, had not then received a complete distribution of his Vested interest in his Accounts or a deemed distribution pursuant to Section 10(b) shall have a 100% vested and nonforfeitable interest in his Accounts, regardless of his actual Years of Service.

13. **Section 12 (How Capital Accumulation Will Be Distributed) is amended by adding the following:**

Following the Closing, distributions will be made in accordance with Section 20 added by this Amendment No. 5 and no distributions will be offered in the form of Company Stock.

14. **Article 17 (Administration) is amended by adding the following paragraph (i) to read as follows:**

Following the Closing, the Company may remove and replace the Trustee, at the Company's discretion, but shall in all events be required to appoint an institutional trustee as a successor to the Trustee.

15. **Article 20 (Future of the Plan) is amended by adding the following paragraph:**

Contingent upon and effective with the Closing, the Plan is hereby terminated. Following termination of the Plan, the Trust will be maintained until the Accounts of all Participants have been distributed. Notwithstanding the provisions of Section 12, in connection with the termination of the Plan, distributions to Participants and Beneficiaries shall be made in accordance with the following schedule: (i) as soon as practicable following the Closing an initial distribution will be offered in an amount equal to approximately 75% of all Participants' Account balances as of the Closing (exclusive of any amounts held in escrow under the SPA); (ii) as soon as practicable following the receipt of a favorable determination from the Internal Revenue Service to the effect that the Plan formed part of a tax-qualified plan as of its termination, a distribution in cash in an amount equal to the remainder of all Participants' Account balances (exclusive of any amounts held in escrow under the SPA and the amount set aside by the Trustee for Plan and Trust related expenses, such amounts to be determined at the sole discretion of the Trustee) under the Plan; and (iii) as soon as practicable following any distribution made to the Plan from the escrow created under the SPA (whether an annual distribution or the final distribution) the amounts shall be allocated and become available for distribution (exclusive of any amounts set aside by the Trustee for Plan and Trust related expenses, such amounts to be determined at the sole discretion of the Trustee). The foregoing amounts received by the Plan will be allocated to each Participant's Account based on the ratio

of the number of shares of Company Stock in each Participant's Company Stock Account as of the Closing to the total number of shares of Company Stock in the Plan allocated as of the Closing (determined following the release of all unallocated Financed Shares previously held in the Loan Suspense Account created under Section 6(b)).

IN WITNESS WHEREOF, the Company has executed this Amendment No. 5 to the Plan as of this 1 day of October 2014.

RAINBOW DISPOSAL CO., INC.

By: _____
Its: Executive Chairman