# EXHIBIT 10

AMENDMENT NO.1 TO THE
RAINBOW DISPOSAL CO., INC.
EMPLOYEE STOCK OWNERSHIP TRUST AGREEMENT

As Amended and Restated Effective as of January 1, 1999

WHEREAS, Rainbow Disposal Co., Inc. (the "Company") maintains the Rainbow Disposal Co., Inc. Employee Stock Ownership Plan (the "Plan") for the benefit of its eligible employees;

WHEREAS, the assets of the Plan are held in the Rainbow Disposal Co., Inc. Employee Stock Ownership Trust Agreement (the "Trust");

WHEREAS, the Company now deems it desirable to amend the Trust to provide that GreatBanc Trust Company (the "Trustee") has the discretionary authority to: (i) purchase all or substantially all of the outstanding shares of the Company, (ii) borrow from any lender to finance such purchase, giving its note as Trustee with such reasonable interest and security for the loan as may be appropriate or necessary and (iii) execute and deliver instruments to effect the foregoing (i) and (ii).

NOW, THEREFORE, the Trust is hereby amended, effective as of June 22, 2004, by adding the following sentence to the end of Paragraph C thereof:

"Notwithstanding the foregoing provisions or any other provisions in the Plan or Trust to the contrary, the Trustee shall have the discretionary authority to: (i) purchase all or substantially all of the outstanding shares of the Company, (ii) borrow from any lender to finance such purchase, giving its note as Trustee with such reasonable interest and security for the loan as may be appropriate or necessary, provided that any such borrowing shall comply with the provisions of Section 5 of the Plan and (iii) execute and deliver instruments to effect the foregoing (i) and (ii)."

To record the adoption of this Amendment No.1 to the amended and restated Trust, the Company has caused its duly authorized officer to execute this document this 30th day of _____June_____, 2004.

RAINBOW DISPOSAL CO., INC.

By _____

GREATBANC TRUST COMPANY

By _____

CH02/22321006.2

2