# EXHIBIT 11

AMENDMENT NO. 2 TO THE
RAINBOW DISPOSAL CO., INC.
EMPLOYEE STOCK OWNERSHIP TRUST AGREEMENT

As Amended and Restated Effective as of January 1, 1999

WHEREAS, Rainbow Disposal Co., Inc. (the "Company") maintains the Rainbow Disposal Co., Inc. Employee Stock Ownership Plan (the "Plan") for the benefit of its eligible employees;

WHEREAS, the assets of the Plan are held in the Rainbow Disposal Co., Inc. Employee Stock Ownership Trust Agreement (the "Trust");

WHEREAS, the Company now deems it desirable to amend the Trust to provide that GreatBanc Trust Company (the "Trustee") has the discretionary authority to: (i) sell all or substantially all of the outstanding shares of the Company in a change of control transaction, and (ii) execute and deliver instruments to effect such a sale.

NOW, THEREFORE, the Trust is hereby amended, effective as of July 1, 2014, by adding the following sentence to the end of Paragraph B thereof:

> "Notwithstanding the foregoing provisions or any other provision in the Plan or Trust to the contrary, the Trustee shall have the discretionary authority to: (i) sell all or substantially all of the outstanding shares of the Company to a third party in a change of control transaction, (ii) execute and deliver instruments to effect such a sale, and (iii) act on behalf of the Trust in post-closing matters, including but not limited to any holdback amounts in an escrow fund.

To record the adoption of this Amendment No. 2 to the amended and restated Trust, the Company has caused its duly authorized officer to execute this document the 1st day of July, 2014.

RAINBOW DISPOSAL CO., INC.

By: _____

GREATBANC TRUST COMPANY

By: _____

#31595274_v1