# EXHIBIT 12

AMENDMENT NO. 3
TO THE
RAINBOW DISPOSAL CO., INC.
EMPLOYEE STOCK OWNERSHIP TRUST AGREEMENT

WHEREAS, Rainbow Disposal Co., Inc. (the "Company") established and maintains the Rainbow Disposal Co., Inc. Employee Stock Ownership Plan (the "Plan") for the benefit of its eligible Employees;

WHEREAS, the assets of the Plan are held in the Rainbow Disposal Co., Inc. Employee Stock Ownership Trust Agreement (the "Trust"), which forms a part of and implements the Plan; and

WHEREAS, in connection with the proposed acquisition of the Company by Republic Services, Inc., a Delaware corporation (the "Purchaser") through the purchase by Purchaser of all of the outstanding Company stock from the Plan, as set forth in that certain Stock Purchase Agreement, dated August 26, 2014, (the "SPA"), by and among the Purchaser, the Plan and the Company, the Company has agreed to amend the Trust as follows and to terminate the Plan effective immediately following and contingent upon the closing (the "Closing") of the sale of all of the Company stock pursuant to the SPA.

NOW, THEREFORE, the Trust is hereby amended as follows, contingent upon and effective immediately following the Closing:

1. **Paragraph A (The Trust Assets) is amended to add the following new paragraph:**

Contingent upon and effective immediately following the Closing, the Trust is hereby converted from an employee stock ownership plan under Section 4975(e)(7) of the Code to a profit sharing plan under Section 401(a) of the Code. Consistent with the conversion of the Plan, and after the Closing, the following provisions are no longer effective:

(i) the Company Stock investment provisions of paragraph B.(1)
(ii) the Committee direction and responsibility provisions of paragraphs B.(2) and (3)
(iii) the provisions of Paragraph B.(5)
(iv) the Company Stock provisions of paragraph C.(1), the borrowing provisions of paragraph C.(2), the voting provisions of paragraph C.(3) and the reference to Company Stock in paragraph C.(6).

For purposes of the Trust, the term "Closing" means the Trust's sale of all of its Company Stock to Republic Services, Inc. (the "Purchaser") pursuant to the terms of the Stock Purchase Agreement dated as of August 26, 2014 (the "SPA"), by and amongst the Purchaser, the Company and the Trust.

2.  **Paragraph B (Investment of Trust Assets) is amended by adding the following sentence at the end thereof:**

Following the Closing of the sale of all or substantially all of the shares of the Company held in the Trust, the Trustee's fiduciary authority with respect to the Plan shall be that of a directed trustee, with direction of the Trustee to be made by the fiduciary committee established by the Company in all matters except that the Trustee shall continue to act, without direction from such committee, with respect to matters related to, or claims against, the funds held in the escrow account created under the terms of the SPA and the terms and conditions whereby such funds may be either released to the Trust or used to indemnify the purchaser of the shares of the Company sold from the Trust under the terms of the relevant agreement between the Trustee and such purchaser.

3.  **Paragraph M (Resignation or Removal of Trustee) is amended by adding the following paragraph (i) to read as follows:**

Following the Closing, the Company may remove and replace the Trustee, at the Company's discretion, but shall in all events be required to appoint an institutional trustee as a successor to the Trustee.

4.  **Paragraph K (<u>Amendment and Termination</u>) is amended by adding the following paragraph:**

Contingent upon and effective immediately following the Closing, the Plan is terminated. Following termination of the Plan, the Trust will be maintained until the Accounts of all Participants have been distributed. Notwithstanding the provisions of Section 12 of the Plans, in connection with the termination of the Plan, distributions to Participants and Beneficiaries shall be made in accordance with the following schedule: (i) as soon as practicable following the Closing an initial distribution will be offered in an amount equal to approximately 75% of all Participants' Account balances as of the Closing (exclusive of any amounts held in escrow under the SPA); (ii) as soon as practicable following the receipt of a favorable determination from the Internal Revenue Service to the effect that the Plan formed part of a tax-qualified plan as of its termination, a distribution in cash in an amount equal to the remainder of all Participants' Account balances (exclusive of any amounts held in escrow under the SPA and the amount set aside by the Trustee for Plan and Trust related expenses, such amounts to be determined at the sole discretion of the Trustee) under the Plan; and (iii) as soon as practicable following any distribution made to the Plan from the escrow created under the SPA (whether an annual distribution or the final distribution) the amounts shall be allocated and become available for distribution (exclusive of any amounts set aside by the Trustee for Plan and Trust related expenses, such amounts to be determined at the sole discretion of the Trustee).

```
```

IN WITNESS WHEREOF, the Company has executed this Amendment No. 3 to the Plan as of this 1 day of October, 2014.

RAINBOW DISPOSAL CO., INC.

By: [signature]
Its: Executive Chairman

GREATBANC TRUST COMPANY, as Trustee

By: _____
Its: _____

-3-

IN WITNESS WHEREOF, the Company has executed this Amendment No. 3 to the Plan as of this \_1\_ day of October, 2014.

RAINBOW DISPOSAL CO., INC.

By:_____
Its:_____

GREATBANC TRUST COMPANY, as Trustee

By: X *[signature]*
Its: President & CEO

-3-