Joseph C. Faucher, No. 137353
TRUCKER ✦ HUSS, APC
633 W. 5th Street, 26th Floor
Los Angeles, CA 90071
Telephone: (213) 537-1016
Facsimile: (213) 537-1020
E-mail: jfaucher@truckerhuss.com

Dylan D. Rudolph, No. 278707
TRUCKER ✦ HUSS, APC
One Embarcadero Center, 12th Floor
San Francisco, CA 94111
Telephone: (415) 788-3111
Facsimile: (415) 421-2017
E-mail: drudolph@truckerhuss.com

Attorneys for Defendant
GREATBANC TRUST COMPANY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| ANTONIO HURTADO, CHRISTOPHER ORTEGA, JOSE QUINTERO, MARITZA QUINTERO, JORGE URQUIZA, and MARIA VALADEZ, individually and on behalf of a class of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>RAINBOW DISPOSAL CO., INC. EMPLOYEE STOCK OWNERSHIP PLAN COMMITTEE, GERALD MOFFATT, JEFF SNOW, GREGORY RANGE, JON BLACK, CATHARINE ELLINGSEN, BILL EGGLESTON, MARK R. CLATT, BRIAN M. DELGHIACCIO, STEVEN H. EDDLEBLUTE, BRIAN A. GOEBEL, GREATBANC TRUST COMPANY, RAINBOW DISPOSAL, CO. INC., REPUBLIC SERVICES, INC.,<br><br>Defendants. | Case No. 8:17-cv-01605-JLS-DFM<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT GREATBANC TRUST COMPANY'S MOTION TO DISMISS PLAINTIFF'S "AMENDED COMPLAINT FOR VIOLATION OF ERISA"**<br><br>**Fed. R. Civ. Pro. 12(b)(6)**<br><br>**DATE:** July 6, 2018<br>**TIME:** 2:30 p.m.<br>**CTRM:** 10A |

# [PROPOSED] ORDER

The Motion to Dismiss Plaintiffs' "Amended Complaint for Violations of ERISA" (the "Motion") filed by Defendant GreatBanc Trust Company ("GreatBanc") pursuant to Fed. R. Civ. Pro. 12(b)(6) came on regularly for hearing on July 6, 2018 at 2:30 p.m. in Courtroom 10A of the above-referenced Court.

Having considered the papers filed in support of and in opposition to the Motion, oral argument presented by counsel at the hearing, and the other papers on file in this action, the Court hereby grants GreatBanc's Motion in its entirety, and dismisses Counts I, II, IV, VI, VIII, X, XII, and XIV of Plaintiffs' "Amended Complaint for Violations of ERISA" as asserted against GreatBanc, in their entirety, with prejudice, and without leave to amend.

DATED: _____, 2018      _____
HON. JOSEPHINE L. STATON
United States District Judge