Joseph C. Faucher, No. 137353
TRUCKER ✦ HUSS, APC
633 W. 5th Street, 26th Floor
Los Angeles, CA  90071
Telephone:   (213) 537-1016
Facsimile:    (213) 537-1020
E-mail:        jfaucher@truckerhuss.com

Dylan D. Rudolph, No. 278707
TRUCKER ✦ HUSS, APC
One Embarcadero Center, 12th Floor
San Francisco, CA  94111
Telephone:   (415) 788-3111
Facsimile:    (415) 421-2017
E-mail:        drudolph@truckerhuss.com

Attorneys for Defendant
GREATBANC TRUST COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ANTONIO HURTADO, CHRISTOPHER ORTEGA, JOSE QUINTERO, MARITZA QUINTERO, JORGE URQUIZA, and MARIA VALADEZ, individually and on behalf of a class of all others similarly situated, | Case No.  8:17-cv-01605-JLS-DFM **JOINDER BY DEFENDANT GREATBANC TRUST COMPANY IN THE MOTIONS TO DISMISS PLAINTIFFS' "AMENDED COMPLAINT FOR VIOLATIONS OF ERISA" FILED BY CO-DEFENDANTS RAINBOW DISPOSAL CO., INC. EMPLOYEE STOCK OWNERSHIP PLAN COMMITTEE, JON BLACK, CATHERINE ELLINGSEN, BILL EGGLESTON, REPUBLIC SERVICES, INC., GREGORY RANGE, AND GERALD MOFFATT** |
| Plaintiffs, | |
| vs. | |
| RAINBOW DISPOSAL CO., INC. EMPLOYEE STOCK OWNERSHIP PLAN COMMITTEE, GERALD MOFFATT, JEFF SNOW, GREGORY RANGE, JON BLACK, CATHARINE ELLINGSEN, BILL EGGLESTON, MARK R. CLATT, BRIAN M. DELGHIACCIO, STEVEN H. EDDLEBLUTE, BRIAN A. GOEBEL, GREATBANC TRUST COMPANY, RAINBOW DISPOSAL, CO. INC., REPUBLIC SERVICES, INC., | **Fed. R. Civ. Pro. 12(b)(6)** **DATE:** July 6, 2018 **TIME:** 2:30 p.m. **CTRM:** 10A |
| Defendants. | |

Trucker ✦ Huss
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, California  94111

Defendant GreatBanc Trust Company ("GreatBanc") hereby joins in the Motions to Dismiss Plaintiffs' "Amended Complaint for Violations of ERISA" filed on March 21, 2018 in the above-referenced lawsuit by Co-Defendants:  (i) Rainbow Disposal Co., Inc. Employee Stock Ownership Plan Committee, Jon Black, Catharine Ellingsen, Bill Eggleston, and Republic Services, Inc., entitled "Defendants Rainbow Disposal Co., Inc. Employee Stock Ownership Plan Committee, Black, Ellingsen, Eggleston,  and Republic Services, Inc.'s Notice of Motion and Motion to Dismiss Plaintiffs' Amended Complaint Pursuant to FRCP 12(b)(6)"; (ii) Gregory Range, entitled "Notice Of Motion And Motion Of Defendant Gregory Range To Dismiss Plaintiffs' First Amended Complaint For Failure To State A Claim Under Fed. R. Civ. P. 12 (B)(6); Memorandum Of Points And Authorities In Support Thereof"'; and (iii) Gerald Moffatt (collectively, "Motions to Dismiss"), and incorporates said Motions to Dismiss herein by reference.

DATED: March 21, 2018                    TRUCKER ✦ HUSS, APC


                                          By: /s/ Joseph C. Faucher
                                              Joseph C. Faucher
                                              Dylan D. Rudolph
                                              Attorneys for Defendant
                                              GREATBANC TRUST COMPANY

Trucker ✦ Huss
A Professional Corporation
One Embarcadero Center, 12ᵗʰ Floor
San Francisco, California 94111