Edward Gregory, CSBN 128375
Email:  egregory@steptoe.com
STEPTOE & JOHNSON LLP
633 West 5th Street, 7th Floor
Los Angeles, CA  90071
Telephone:  (213) 439-9433
Facsimile:  (213) 439-9599

Attorneys for Defendants Rainbow Disposal Co., Inc. Employee Stock Ownership Plan Committee, Jon Black, Catharine Ellingsen, Bill Eggleston, and Republic Services, Inc.

*[Additional Counsel Listed on Signature Page]*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

| | |
|---|---|
| ANTONIO HURTADO, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>RAINBOW DISPOSAL CO., INC. EMPLOYEE STOCK OWNERSHIP PLAN COMMITTEE, et al.,<br><br>    Defendants. | Case No.: 8:17-cv-01605-JLS-DFM<br><br>*Assigned to Hon. Josephine L. Staton*<br><br>**DEFENDANTS RAINBOW DISPOSAL CO., INC. EMPLOYEE STOCK OWNERSHIP PLAN COMMITTEE, BLACK, ELLINGSEN, EGGLESTON, AND REPUBLIC SERVICES, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT PURSUANT TO FRCP 12(b)(6)**<br><br>**Hearing:  July 6, 2018; 2:30 p.m.**<br>**Courtroom:  10A** |

**NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)**

**TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT on July 6, 2018, at 2:30 p.m. or as soon thereafter as the matter may be heard in Courtroom 10A of the above-entitled Court, at 411 W. Fourth St., Santa Ana, CA, 92701, Defendants Republic Services, Inc. ("Republic"), Rainbow Disposal Co., Inc. Employee Stock Ownership Plan Committee ("Committee"), and Jon Black, Catharine Ellingsen, and Bill Eggleston (together, "Republic Defendants") will and hereby do move for an order to dismiss the Amended Complaint filed by Plaintiffs Antonio Hurtado, Christopher Ortega, Jose Quintero, Maritza Quintero, Jorge Urquiza, and Maria Valadez ("Plaintiffs") pursuant to Rules 8, 9(b), and 12(b)(6) of the Federal Rules of Civil Procedure.

Plaintiffs fail to state a claim under the Employee Retirement Income Security Act ("ERISA") as to any Republic Defendant because the Amended Complaint fails to allege facts supporting any claim that any Republic Defendant breached a fiduciary duty owed to any Plaintiff or otherwise violated ERISA. This motion is based on this Notice of Motion and Motion; the attached Memorandum of Points and Authorities in support of the Motion; the Declaration of Eric G. Serron in support of the motion; the Request for Judicial Notice filed concurrently herewith, and on all other matters that may be judicially noticed or adduced at the hearing of this matter.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on March 14, 2018.

Dated: March 21, 2018               STEPTOE & JOHNSON LLP

                                    By: _/s/ Edward Gregory_
                                        Edward Gregory, CSBN 128375
                                        Paul J. Ondrasik, Jr. (*pro hac vice*)
                                        Eric G. Serron (*pro hac vice*)
                                        Andrew Sloniewsky (*pro hac vice*)

1

**NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)**

| | |
|---|---|
| 1 | Linda C. Bailey (*pro hac vice*) |
| 2 | Osvaldo Vazquez (*pro hac vice*) |
| 3 | Attorneys for Defendants Rainbow Disposal Co., Inc. Employee Stock Ownership Plan Committee, Jon Black, Catharine Ellingsen, Bill Eggleston, and Republic Services, Inc. |

2

**NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)**