Edward Gregory, CSBN 128375
Email: egregory@steptoe.com
STEPTOE & JOHNSON LLP
633 West 5th Street, 7th Floor
Los Angeles, CA 90071
Telephone: (213) 439-9433
Facsimile: (213) 439-9599

Attorneys for Defendants Rainbow Disposal
Co., Inc. Employee Stock Ownership Plan Committee,
Jon Black, Catharine Ellingsen, Bill Eggleston, and
Republic Services, Inc.

*[Additional Counsel Listed on Signature Page to Accompanying Motion]*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ANTONIO HURTADO, et al.,<br><br>Plaintiffs,<br>v.<br><br>RAINBOW DISPOSAL CO., INC. EMPLOYEE STOCK OWNERSHIP PLAN COMMITTEE, et al.<br><br>Defendants. | Case No.: 8:17-cv-01605-JLS-DFM<br><br>*Assigned to Hon. Josephine L. Staton*<br><br>**DECLARATION OF ERIC G. SERRON IN SUPPORT OF MOTION TO DISMISS OF DEFENDANTS RAINBOW DISPOSAL CO., INC. EMPLOYEE STOCK OWNERSHIP PLAN COMMITTEE, BLACK, ELLINGSEN, EGGLESTON, AND REPUBLIC SERVICES, INC.**<br><br>**Hearing: July 6, 2018; 2:30 p.m.**<br>**Courtroom: 10A** |

# DECLARATION

I, Eric G. Serron, the undersigned, hereby declare:

1. I am an attorney at law and am licensed to practice law in the District of Columbia. I am a Partner in the law firm of Steptoe & Johnson LLP, counsel of record for Defendants Republic Services, Inc., Rainbow Disposal Co., Inc. Employee Stock Ownership Plan Committee, Jon Black, Catharine Ellingsen, and Bill Eggleston in the above-captioned action.

2. I submit this declaration in support of these Defendants' Motion to Dismiss, filed concurrently herewith.

3. Attached hereto as **Exhibit 1** is a true and correct copy of the Rainbow Disposal Co., Inc. Employee Stock Ownership Plan, as amended and restated, effective July 1, 2004.

4. Attached hereto as **Exhibit 2** is a true and correct copy of the Rainbow Disposal Co., Inc. Employee Stock Ownership Plan Summary Plan Description, effective March 2009.

5. Attached hereto as **Exhibit 3** is a true and correct copy of the Rainbow Disposal Co., Inc. Employee Stock Ownership Trust Agreement, as amended and restated, effective January 1, 1999.

6. Attached hereto as **Exhibit 4** is a true and correct copy of the GreatBanc Successor Trustee Engagement Agreement, effective October 7, 2002.

7. Attached hereto as **Exhibit 5** is a true and correct copy of the I.R.S. Favorable Determination Letter dated May 11, 2016.

8. Attached hereto as **Exhibit 6** is a true and correct copy of the October 17, 2014 Participant Letter from Rainbow Disposal Co., Inc. Employee Stock Ownership Plan Committee, as sent on October 17, 2014.

9. Attached hereto as **Exhibit 7** is a true and correct copy of the Rainbow Disposal Co., Inc. Employee Stock Ownership Plan Form 5500 for the

1

**SERRON DECLARATION IN SUPPORT OF DEFENDANTS RAINBOW DISPOSAL CO., INC. EMPLOYEE STOCK OWNERSHIP PLAN COMMITTEE, BLACK, ELLINGSEN, EGGLESTON, AND REPUBLIC SERVICES, INC.'S MOTION TO DISMISS**

Plan year ending June 30, 2016, which is publically available on the United States Department of Labor's website through the "Form 5500/5500-SF Filing Search" page located at https://www.efast.dol.gov/portal/app/disseminate?execution=e1s1.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed in Washington, District of Columbia on March 21, 2018.

                                           */s/ Eric G. Serron*
                                               Eric G. Serron

**SERRON DECLARATION IN SUPPORT OF DEFENDANTS RAINBOW DISPOSAL CO., INC. EMPLOYEE STOCK OWNERSHIP PLAN COMMITTEE, BLACK, ELLINGSEN, EGGLESTON, AND REPUBLIC SERVICES, INC.'S MOTION TO DISMISS**