_____
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. 8:17-cv-01605-JLS-DFM                                              Date: July 05, 2018
Title: Antonio Hurtado et al v. Rainbow Disposal Co., Inc. Employee Stock Ownership Plan Committee et al.

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiff:               Attorneys Present for Defendant:

Not Present                                                Not Present

**PROCEEDINGS: (IN CHAMBERS) ORDER TAKING MOTIONS UNDER SUBMISSION (Docs. 73, 75, 77, 78, 83)**

     Before the Court are five Motions to Dismiss filed by Defendants. (Docs. 73, 75, 77, 78, 83.) The Court finds these matters appropriate for decision without oral argument. *See* Fed. R. Civ. P. 78(b); C.D. Cal. R. 7-15. Accordingly, the hearing set for July 6, 2018, at 2:30 p.m., is VACATED, and the Court takes the Motions UNDER SUBMISSION.

                                                    Initials of Preparer: tg

_____