## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SA CV 17-01605-JLS (DFMx) | Date | October 17, 2018 |
| Title | Antonio Hurtado v. Rainbow Disposal Co., Inc. Employee Stock Ownership Plan Committee et al. | | |

Present: The Honorable   Douglas F. McCormick

| Nancy Boehme | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| n/a | n/a |

**Proceedings:**   (In Chambers) Order re: Discovery Dispute Re: Terms of Protective Order

The parties appeared before the Court at a noticed hearing today to discuss the terms of a protective order. After discussion with the Court, the parties continue to disagree about two issues. The Court now rules as follows as to those disputed issues:

*"Highly Confidential" Designation and Proposed Limits on Experts.* The Court orders the parties to adopt Defendants' proposed language as it appears in Exhibit B to the Creitz Declaration.

*Limitations on Use of Material Disclosed in Discovery.* The Court orders the parties to use Plaintiffs' proposed language as it appears in Exhibit C to the Creitz Declaration.

Plaintiffs are ordered to submit a proposed protective order reflecting the Court's rulings, as well as the matters discussed on the record, within seven (7) days of the date of this order.

|   |   :   |
|---|---|
| Initials of Clerk | nb |