Joseph Creitz, CSBN 169552
CREITZ & SEREBIN LLP
100 Pine St., Suite 1250
San Francisco, CA 94111
Telephone: (415) 466-3090
Email: joe@creitzserebin.com

Vincent Cheng, CSBN 230827
BLOCK & LEVITON LLP
610 16th Street, Suites 214-216
Oakland, CA 94612
Telephone: (415) 968-8999
Email: vincent@blockesq.com

R. Joseph Barton, CSBN 212340
BLOCK & LEVITON LLP
1735 20th Street NW
Washington, DC 20009
Telephone: (202) 734-7046
Email: jbarton@blockesq.com

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN (SANTA ANA) DIVISION

| | |
|---|---|
| ANTONIO HURTADO, et al., | Case No.: 8:17-cv-01605-JLS-DFM |
| Plaintiffs, | *Assigned to Hon. Josephine L. Staton* |
| v. | **PLAINTIFFS' AMENDED NOTICE OF MOTION & MOTION FOR CLASS CERTIFICATION** |
| RAINBOW DISPOSAL CO., INC. EMPLOYEE STOCK OWNERSHIP PLAN COMMITTEE, et al. | Hearing set for March 22, 2019 10:30 a.m., Courtroom 10A |
| Defendants. | |

Notice is hereby given that, on March 22, 2019, at 10:30 a.m. or as soon thereafter as counsel may be heard before Hon. Josephine L. Staton in Courtroom 10A of the Ronald Reagan Federal Building and United States Courthouse, 411 West Fourth Street, Santa Ana, California 92701, Plaintiffs will and hereby do move the Court to certify the following class under Rule 23(a) and Rule 23(b)(1), (b)(2) and/or (b)(3) of the Federal Rules of Civil Procedure as to Counts I-VIII and X-XIV of Plaintiffs' Amended Complaint (Dkt. No. 57):

> All persons who were vested participants in the Rainbow Disposal
> Co., Inc. Employee Stock Ownership Plan as of October 1, 2014 and
> the beneficiaries of any such participants.

Excluded from the Class are Defendants and persons who were named fiduciaries of the Rainbow ESOP, who are alleged to have engaged in prohibited transactions or breaches of corporate fiduciary duties, or who had decision-making or administrative authority relating to the administration, modification, funding, or interpretation of the Rainbow ESOP, or relating to the decision to sell Rainbow.

This motion is based on this Amended Notice of Motion and Motion, the previously filed Memorandum of Points and Authorities and exhibits (Dkt. No. 139.1-27), the Amended Complaint, all the pleadings, files, and records in this proceeding, all other matters of which the Court may take judicial notice, and any argument or evidence that may be presented to or considered by the Court prior to its ruling.

This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on November 28, 2018.  At that conference, Plaintiffs' counsel confirmed that Plaintiffs did not intend to seek certification of Count IX, which was brought on behalf of certain individual Plaintiffs. At that conference, Defendants' counsel informed Plaintiffs' counsel that Defendants would not

oppose as to the adequacy of class counsel under Rule 23(a)(4) or 23(g).

Additionally, Defendants' counsel informed Plaintiffs' counsel that they would take the following positions with respect to certification of the following claims:

Count I: No opposition to certification.

Count II: Opposed.

Count III: Opposed.

Count IV: Opposed.

Count V: Opposed.

Count VI: GreatBanc will not oppose certification; Moffatt and Snow will oppose.

Count VII: Opposed.

Count VIII: Opposed.

Count X: No opposition to certification.

Count XI: Opposed.

Count XII: Opposed

Count XIII: Opposed

Count XIV: Opposed

*HURTADO, et al., v. RAINBOW DISPOSAL CO., INC. EMPLOYEE STOCK OWNERSHIP PLAN COMMITTEE, et al.,* Case No. 17-cv-1605-JLS-DFM

Plaintiff's Motion to Certify Class and Notice of Motion                                      3

DATED:  December 18, 2018                    Respectfully submitted,

_____
R. Joseph Barton, CSBN 212340
BLOCK & LEVITON LLP
1735 20th Street NW
Washington, DC 20009
Telephone: (202) 734-7046
Email: jbarton@blockesq.com

Joseph Creitz, CSBN 169552
CREITZ & SEREBIN LLP
100 Pine St., Suite 1250
San Francisco, CA 94111
Telephone: (415) 466-3090
Email: joe@creitzserebin.com

Vincent Cheng, CSBN 230827
BLOCK & LEVITON LLP
610 16th Street, Suites 214-216
Oakland, CA 94612
Telephone: (415) 968-8999
Email: vincent@blockesq.com

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I, Ming Siegel, hereby certify that on December 18, 2018, a copy of the foregoing Amended Motion to Certify Class and Notice of Motion was served on the following counsel of record by the CM/ECF system:

Dated this 18th day of December.

_____
Ming Siegel

Christopher W. Smith
Jason Levin
STEPTOE & JOHNSON LLP
633 West Fifth Street, 7th Floor
Los Angeles, CA 90071
Telephone: (213) 439-9433
Email: csmith@steptoe.com
Email: jlevin@steptoe.com

Andrew J. Sloniewsky
Eric G. Serron
Linda C. Bailey
Osvaldo Vazquez
Paul J. Ondrasik, Jr.
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue NW
Washington, DC 20036
Telephone: (202) 429-3907
Email: asloniewsky@steptoe.com
Email: eserron@steptoe.com
Email: lbailey@steptoe.com
Email: ovazquez@steptoe.com
Email: pondrasik@steptoe.com

*Attorneys for Defendants Rainbow Disposal Co., Inc. Employee Stock Ownership Plan Committee, Jon Black, Catharine Ellingsen, Bill Eggleston,*

Dylan Rudolph
TRUCKER HUSS APC
One Embarcadero Center, 12th Floor
San Francisco, CA 94111
Telephone: (415) 788-3111
Email: drudolph@truckerhuss.com

Joseph Faucher
Brian D. Murray
TRUCKER HUSS APC
15821 Ventura Blvd., Suite 510
Encino, CA 91436
Telephone: (213) 537-1020
Email: jfaucher@truckerhuss.com
Email: bmurray@truckerhuss.com

*Attorneys for Defendant GreatBanc Trust Company*

Timothy J Toohey
GREENBERG GLUSKER FIELD CLAMAN AND MACHTINGER LLP
1099 Avenue of the Stars, 21st Floor
Los Angeles, CA 90067
Telephone: (310) 553-3610
Email: ttoohey@greenbergglusker.com

1  | *Republic Services, Inc. and Rainbow Disposal Co., Inc.*

2

3  | Joshua Pollack
   | David R. Scheidemantle

4  | LATHROP GAGE LLP

5  | 1888 Century Park East, Suite 1000
   | Los Angeles, CA 90067

6  | Telephone: (310) 789-4662
   | Email: jpollack@lathropgage.com

7  | Email:

8  | dscheidemantle@lathropgage.com

9  | *Attorney for Defendant Gregory Range*

10

11

12

*Attorney for Defendant Gerald Moffatt*

Larry Walraven
Nicole Wurscher
Brian Selvan
WALRAVEN AND WESTERFELD LLP
20 Enterprise Suite 310
Aliso Viejo, CA 92656
Telephone: (949) 215-1990
Email: law@walravenlaw.com
Email: new@walravenlaw.com
Email: bselvan@walravenlaw.com

*Attorneys for Defendant Jeff Snow*