Joseph Creitz, CSBN 169552
CREITZ & SEREBIN LLP
100 Pine St., Suite 1250
San Francisco, CA 94111
Telephone: (415) 466-3090
Email: joe@creitzserebin.com

Vincent Cheng, CSBN 230827
BLOCK & LEVITON LLP
610 16th Street, Suites 214-216
Oakland, CA 94612
Telephone: (415) 968-8999
Email: vincent@blockesq.com

R. Joseph Barton, CSBN 212340
BLOCK & LEVITON LLP
1735 20th Street NW
Washington, DC 20009
Telephone: (202) 734-7046
Email: jbarton@blockesq.com

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN (SANTA ANA) DIVISION

| | |
|---|---|
| ANTONIO HURTADO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> RAINBOW DISPOSAL CO., INC. EMPLOYEE STOCK OWNERSHIP PLAN COMMITTEE, et al. <br><br> Defendants. | Case No.: 8:17-cv-01605-JLS-DFM <br><br> *Assigned to Hon. Josephine L. Staton* <br><br> **PLAINTIFFS' UNOPPOSED EX PARTE APPLICATION TO PERMIT FILING OF AMENDED NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION** |

*HURTADO, et al., v. RAINBOW DISPOSAL CO., INC. EMPLOYEE STOCK OWNERSHIP PLAN COMMITTEE, et al.,* Case No. 17-cv-1605-JLS-DFM
PLAINTIFF'S EX PARTE APPLICATION TO PERMIT FILING

Notice is hereby given that, Plaintiffs will and hereby do apply ex parte for an order extending the time for Plaintiffs to file Plaintiffs' Amended Notice of Motion and Motion for Class Certification, filed concurrently herewith, to December 18, 2018.

This Application is based upon the applicable provisions of Rule 6 and Rule 16 of the Federal Rules of Civil Procedure, the applicable law, the accompanying Memorandum of Points and Authorities, the Declaration of Colin Downes and the complete files and records of the case.

This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on December 17, 2018 and December 18, 2018.  Plaintiffs' counsel conferred with counsel for each of the Defendants in this case by telephone (except for counsel for Defendant Snow who stated in email that they did not oppose the relief sought by this motion).  Declaration of Colin Downes ¶ 3-6. Counsel for Defendant Moffat stated that he did not oppose this Application. *Id.* ¶ 5.  Counsel for GreatBanc stated that they would not oppose Plaintiffs' Application. *Id.* ¶ 6.  Counsel for the Republic Parties stated that they neither consented to nor opposed Plaintiffs' Application. *Id.* ¶ 7.  Counsel for Defendant Range stated that they would not oppose Plaintiffs' Application. *Id.* ¶ 8.

*HURTADO, et al., v. RAINBOW DISPOSAL CO., INC. EMPLOYEE STOCK OWNERSHIP PLAN COMMITTEE, et al.,* Case No. 17-cv-1605-JLS-DFM
PLAINTIFF'S EX PARTE APPLICATION TO PERMIT FILING                                                           2

| | | |
|---|---|---|
| 1 | DATED: December 18, 2018 | Respectfully submitted, |
| 2 | | |
| 3 | | _____ |
| 4 | | R. Joseph Barton, CSBN 212340 |
| | | BLOCK & LEVITON LLP |
| 5 | | 1735 20th Street NW |
| | | Washington, DC 20009 |
| 6 | | Telephone: (202) 734-7046 |
| 7 | | Email: jbarton@blockesq.com |
| 8 | | |
| | | Joseph Creitz, CSBN 169552 |
| 9 | | CREITZ & SEREBIN LLP |
| | | 100 Pine St., Suite 1250 |
| 10 | | San Francisco, CA 94111 |
| 11 | | Telephone: (415) 466-3090 |
| | | Email: joe@creitzserebin.com |
| 12 | | |
| 13 | | Vincent Cheng, CSBN 230827 |
| | | BLOCK & LEVITON LLP |
| 14 | | 610 16th Street, Suites 214-216 |
| 15 | | Oakland, CA 94612 |
| | | Telephone: (415) 968-8999 |
| 16 | | Email: vincent@blockesq.com |
| 17 | | |
| 18 | | Attorneys for Plaintiffs |

*HURTADO, et al., v. RAINBOW DISPOSAL CO., INC. EMPLOYEE STOCK OWNERSHIP PLAN COMMITTEE, et al.,* Case No. 17-cv-1605-JLS-DFM
PLAINTIFF'S EX PARTE APPLICATION TO PERMIT FILING                                    3

# CERTIFICATE OF SERVICE

I, Ming Siegel, hereby certify that on December 18, 2018, a copy of the foregoing Ex Parte Application to Permit Filing of Amended Notice of Motion and Motion for Class Certification was served on the following counsel of record by the CM/ECF system:

Dated this 18th day of December 2018.

_Ming Siegel_
Ming Siegel

Christopher W. Smith
Jason Levin
STEPTOE & JOHNSON LLP
633 West Fifth Street, 7th Floor
Los Angeles, CA 90071
Telephone: (213) 439-9433
Email: csmith@steptoe.com
Email: jlevin@steptoe.com

Andrew J. Sloniewsky
Eric G. Serron
Linda C. Bailey
Osvaldo Vazquez
Paul J. Ondrasik, Jr.
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue NW
Washington, DC 20036
Telephone: (202) 429-3907
Email: asloniewsky@steptoe.com
Email: eserron@steptoe.com
Email: lbailey@steptoe.com
Email: ovazquez@steptoe.com
Email: pondrasik@steptoe.com

*Attorneys for Defendants Rainbow Disposal Co., Inc. Employee Stock*

Dylan Rudolph
TRUCKER HUSS APC
One Embarcadero Center, 12th Floor
San Francisco, CA 94111
Telephone: (415) 788-3111
Email: drudolph@truckerhuss.com

Joseph Faucher
Brian D. Murray
TRUCKER HUSS APC
15821 Ventura Blvd., Suite 510
Encino, CA 91436
Telephone: (213) 537-1020
Email: jfaucher@truckerhuss.com
Email: bmurray@truckerhuss.com

*Attorneys for Defendant GreatBanc Trust Company*

Timothy J Toohey
GREENBERG GLUSKER FIELD CLAMAN AND MACHTINGER LLP
1099 Avenue of the Stars, 21st Floor
Los Angeles, CA 90067
Telephone: (310) 553-3610

*HURTADO, et al., v. RAINBOW DISPOSAL CO., INC. EMPLOYEE STOCK OWNERSHIP PLAN COMMITTEE, et al.,* Case No. 17-cv-1605-JLS-DFM
PLAINTIFF'S EX PARTE APPLICATION TO PERMIT FILING

4

| | |
|---|---|
| *Ownership Plan Committee, Jon Black, Catharine Ellingsen, Bill Eggleston, Republic Services, Inc. and Rainbow Disposal Co., Inc.* | Email: ttoohey@greenbergglusker.com |
| | *Attorney for Defendant Gerald Moffatt* |
| Joshua Pollack | |
| David R. Scheidemantle | |
| LATHROP GAGE LLP | Larry Walraven |
| 1888 Century Park East, Suite 1000 | Nicole Wurscher |
| Los Angeles, CA 90067 | Brian Selvan |
| Telephone: (310) 789-4662 | WALRAVEN AND WESTERFELD LLP |
| Email: jpollack@lathropgage.com | 20 Enterprise Suite 310 |
| Email: dscheidemantle@lathropgage.com | Aliso Viejo, CA 92656 |
| | Telephone: (949) 215-1990 |
| *Attorney for Defendant Gregory Range* | Email: law@walravenlaw.com |
| | Email: new@walravenlaw.com |
| | Email: bselvan@walravenlaw.com |
| | *Attorneys for Defendant Jeff Snow* |

*HURTADO, et al., v. RAINBOW DISPOSAL CO., INC. EMPLOYEE STOCK OWNERSHIP PLAN COMMITTEE, et al.,* Case No. 17-cv-1605-JLS-DFM
PLAINTIFF'S EX PARTE APPLICATION TO PERMIT FILING                5