Joseph Creitz, CSBN 169552
CREITZ & SEREBIN LLP
100 Pine St., Suite 1250
San Francisco, CA 94111
Telephone: (415) 466-3090
Email: joe@creitzserebin.com

R. Joseph Barton, CSBN 212340
BLOCK & LEVITON LLP
1735 20th Street NW
Washington, DC 20009
Telephone: (202) 734-7046
Email: jbarton@blockesq.com

Vincent Cheng, CSBN 230827
BLOCK & LEVITON LLP
610 16th Street, Suites 214-216
Oakland, CA 94612
Telephone: (415) 968-8999
Email: vincent@blockesq.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN (SANTA ANA) DIVISION

| | |
|---|---|
| ANTONIO HURTADO, et al., | Case No.: 8:17-cv-01605-JLS-DFM |
| Plaintiffs, | *Assigned to Hon. Josephine L. Staton* |
| v. | PLAINTIFFS' APPLICATION TO FILE DOCUMENT ***UNDER SEAL*** [Local Rule 79-5.2.2(b)] |
| RAINBOW DISPOSAL CO., INC. EMPLOYEE STOCK OWNERSHIP PLAN COMMITTEE, et al. | *Hearing on underlying Motion for Class Certification*: March 22, 2019 |
| Defendants. | |

*HURTADO, et al., v. RAINBOW DISPOSAL CO., INC. EMPLOYEE STOCK OWNERSHIP PLAN COMMITTEE, et al.,* Case No. 17-cv-1605-JLS-DFM
PLAINTIFFS APPLICATION TO FILE UNDER SEAL [L.R. 79-5.2.2(b)]                    1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

)   *Time*:        10:30 AM
)   *Courtroom*:
)        Ronald Reagan Federal Building
)        and United States Courthouse
)        411 W. Fourth St.
)        Santa Ana, CA, 92701
)        Courtroom 10A, 10th Floor
)

*HURTADO, et al., v. RAINBOW DISPOSAL CO., INC. EMPLOYEE STOCK OWNERSHIP PLAN COMMITTEE, et al.,* Case No. 17-cv-1605-JLS-DFM
PLAINTIFFS APPLICATION TO FILE UNDER SEAL [L.R. 79-5.2.2(b)]                    2

1
APPLICATION FOR LEAVE TO FILE UNDER SEAL

2
Plaintiffs hereby notify the Court and all parties of record that it seeks to file

3
a document under seal pursuant to Civil Local Rule 79-5.2.2(b). The document was

4
produced in discovery by Defendants Republic Services, Inc., the counsel for

5
which designated the document as "HIGHLY CONFIDENTIAL" under the

6
provisions of the Protective Order entered in the case. Dkt. No. 134. The document

7
reflects a detailed accounting of the amounts and recipients of moneys paid to

8
purchase the shares of the Defendant Rainbow Disposal Co., Inc., ESOP, but

9
Plaintiffs do not believe that it should be designated "CONFIDENTIAL" or

10
"HIGHLY CONFIDENTIAL."

11
Pursuant to the Court's standing orders and the provisions of Civil Local

12
Rule 29-5.2.2, the filer complied with the meet-and-confer requirements mandated

13
by this Court, as detailed in the contemporaneously filed Declaration of Joseph A.

14
Creitz.

15
The document, attached to the sealed Declaration of Joseph Creitz as its

16
Exhibit A, supports specific important arguments raised by Plaintiffs in their soon-

17
to-be-filed Reply in Support of Motion for Class Certification. The party that

18
produced the document in discovery designated it as "HIGHLY

19
CONFIDENTIAL." Other parties to the litigation objected to the public filing of

20
the document even in redacted form.

21
Therefore, Plaintiffs submit the subject document under seal.

22
DATED:      March 5, 2019                             /s/ Joseph A. Creitz

23
                                                                  Joseph Creitz, CSBN 169552
                                                                  CREITZ & SEREBIN LLP

24
                                                                  100 Pine St., Suite 1250
                                                                  San Francisco, CA 94111

25
                                                                  Telephone: (415) 466-3090

26
                                                                  Email: joe@creitzserebin.com

27

28
*HURTADO, et al., v. RAINBOW DISPOSAL CO., INC. EMPLOYEE STOCK OWNERSHIP PLAN COMMITTEE, et al.,* Case No. 17-cv-1605-JLS-DFM
PLAINTIFFS APPLICATION TO FILE UNDER SEAL [L.R. 79-5.2.2(b)]                      3

1

2

3

4

5

R. Joseph Barton, CSBN 212340
BLOCK & LEVITON LLP
1735 20th Street NW
Washington, DC 20009
Telephone: (202) 734-7046
Email: jbarton@blockesq.com

6

7

8

9

Vincent Cheng, CSBN 230827
BLOCK & LEVITON LLP
610 16th Street, Suites 214-216
Oakland, CA 94612
Telephone: (415) 968-8999
Email: vincent@blockesq.com

10

11

Attorneys for Plaintiffs

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*HURTADO, et al., v. RAINBOW DISPOSAL CO., INC. EMPLOYEE STOCK OWNERSHIP PLAN COMMITTEE, et al.,* Case No. 17-cv-1605-JLS-DFM
PLAINTIFFS APPLICATION TO FILE UNDER SEAL [L.R. 79-5.2.2(b)]                    4

## CERTIFICATE OF SERVICE

I, Joseph Creitz, hereby certify that on March 5, 2019, a copy of the foregoing APPLICATION FOR LEAVE TO FILE UNDER SEAL and the accompanying [proposed] ORDER were both served on the following counsel of record via the CM/ECF system:

Dated: March 5, 2019

                        /s/ Joseph A. Creitz
                        Joseph A. Creitz

Christopher W. Smith
Jason Levin
STEPTOE & JOHNSON LLP
633 West Fifth Street, 7th Floor
Los Angeles, CA 90071
Telephone: (213) 439-9433
Email: csmith@steptoe.com
Email: jlevin@steptoe.com

Andrew J. Sloniewsky
Eric G. Serron
Linda C. Bailey
Osvaldo Vazquez
Paul J. Ondrasik, Jr.
Sara R. Pikofsky
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue NW
Washington, DC 20036
Telephone: (202) 429-3907
Email: asloniewsky@steptoe.com
Email: eserron@steptoe.com
Email: lbailey@steptoe.com
Email: ovazquez@steptoe.com
Email: pondrasik@steptoe.com
Email: spikofsky@steptoe.com

*Attorneys for Defendants Rainbow Disposal Co., Inc. Employee Stock*

Dylan Rudolph
TRUCKER HUSS APC
One Embarcadero Center, 12th Floor
San Francisco, CA 94111
Telephone: (415) 788-3111
Email: drudolph@truckerhuss.com

Joseph Faucher
Brian D. Murray
TRUCKER HUSS APC
15821 Ventura Blvd., Suite 510
Encino, CA 91436
Telephone: (213) 537-1020
Email: jfaucher@truckerhuss.com
Email: bmurray@truckerhuss.com

*Attorneys for Defendant GreatBanc Trust Company*

Timothy J Toohey
GREENBERG GLUSKER FIELD
CLAMAN AND MACHTINGER
LLP
1099 Avenue of the Stars, 21st Floor
Los Angeles, CA 90067
Telephone: (310) 553-3610
Email:
ttoohey@greenbergglusker.com

*HURTADO, et al., v. RAINBOW DISPOSAL CO., INC. EMPLOYEE STOCK OWNERSHIP PLAN COMMITTEE, et al.,* Case No. 17-cv-1605-JLS-DFM
PLAINTIFFS APPLICATION TO FILE UNDER SEAL [L.R. 79-5.2.2(b)]                5

1  *Ownership Plan Committee, Jon Black,*
*Catharine Ellingsen, Bill Eggleston,*                    Attorney for Defendant Gerald
2  *Republic Services, Inc. and Rainbow*                    Moffatt
*Disposal Co., Inc.*
3

4  David R. Scheidemantle                               Larry Walraven
Scheidemantle Law Group P.C.                         Nicole Wurscher
5  35 East Union Street                                 Brian Selvan
Suite F                                              WALRAVEN AND WESTERFELD
6  Pasadena, CA 91103                                   LLP
7  Telephone: (626) 660-4434                            20 Enterprise Suite 310
Email: david@scheidemantle-law.com                   Aliso Viejo, CA 92656
8                                                       Telephone: (949) 215-1990
9  *Attorney for Defendant Gregory Range*                Email: law@walravenlaw.com
Email: new@walravenlaw.com
10                                                      Email: bselvan@walravenlaw.com
11
12                                                      *Attorneys for Defendant Jeff Snow*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*HURTADO, et al., v. RAINBOW DISPOSAL CO., INC. EMPLOYEE STOCK OWNERSHIP PLAN*
*COMMITTEE, et al.,* Case No. 17-cv-1605-JLS-DFM
PLAINTIFFS APPLICATION TO FILE UNDER SEAL [L.R. 79-5.2.2(b)]                          6