R. Joseph Barton, CSBN 212340
BLOCK & LEVITON LLP
1735 20th Street NW
Washington, DC 20009
Telephone: (202) 734-7046
Email: jbarton@blockesq.com

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN (SANTA ANA) DIVISION

| ANTONIO HURTADO, et al., | ) | Case No.: 8:17-cv-01605-JLS-DFM |
|---|---|---|
| Plaintiffs, | ) | *Assigned to Hon. Josephine L. Staton* |
| v. | ) | PLAINTIFF'S APPLICATION TO FILE DOCUMENT *UNDER SEAL* |
| RAINBOW DISPOSAL CO., INC. EMPLOYEE STOCK OWNERSHIP PLAN COMMITTEE, et al. | ) | [Local Rule 79-5.2.2(b)] |
| Defendants. | ) | *Hearing on underlying Motion for Class Certification*: |
|  | ) | March 22, 2019 |
|  | ) | *Time*:         10:30 AM |
|  | ) | *Courtroom*: |
|  | ) | Ronald Reagan Federal Building and United States Courthouse |
|  | ) | 411 W. Fourth St. |
|  | ) | Santa Ana, CA, 92701 |
|  | ) | Courtroom 10A, 10th Floor |

*HURTADO, et al., v. RAINBOW DISPOSAL CO., INC. EMPLOYEE STOCK OWNERSHIP PLAN COMMITTEE, et al.,* Case No. 17-cv-1605-JLS-DFM
PLAINTIFF'S APPLICATION TO FILE UNDER SEAL [L.R. 79-5.2.2(b)]                    1

## APPLICATION FOR LEAVE TO FILE UNDER SEAL

Plaintiffs hereby notify the Court and all parties of record that they seek to file under seal an unredacted version of Plaintiffs' Reply Memorandum in Support of Motion for Class Certification ("Plaintiffs' Reply"), a redacted version of which will be filed later today. Plaintiff's Reply refers to the contents of a document produced in discovery by Defendants Republic Services, Inc., the counsel for which designated the document as "HIGHLY CONFIDENTIAL" under the provisions of the Protective Order entered in the case and which Plaintiffs' have applied for leave of Court to file under seal. *See* Dkt. No. 163. Plaintiffs' Reply likewise refers to the contents of documents which Defendants have designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" and have sought leave to file under seal as exhibits to Defendant's Opposition to Plaintiffs' Motion for Class Certification. *See* ECF No. 148. The redacted version of Plaintiffs' Reply that will be filed later today omits these references.

In accordance with L.R. 79-5.2.2, a declaration will be filed herewith, identifying the material previously designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" and the corresponding designating party.

Therefore, good cause appears to permit Plaintiffs to file the subject document under seal.

DATED:   March 5, 2019            Respectfully submitted,

                                  _____
                                  R. Joseph Barton, CSBN 212340
                                  BLOCK & LEVITON LLP
                                  1735 20th Street NW
                                  Washington, DC 20009
                                  Telephone: (202) 734-7046
                                  Email: jbarton@blockesq.com

*HURTADO, et al., v. RAINBOW DISPOSAL CO., INC. EMPLOYEE STOCK OWNERSHIP PLAN COMMITTEE, et al.,* Case No. 17-cv-1605-JLS-DFM
PLAINTIFF'S APPLICATION TO FILE UNDER SEAL [L.R. 79-5.2.2(b)]                    2

1  Joseph Creitz, CSBN 169552
   CREITZ & SEREBIN LLP
2  100 Pine St., Suite 1250
3  San Francisco, CA 94111
   Telephone: (415) 466-3090
4  Email: joe@creitzserebin.com

5
   Vincent Cheng, CSBN 230827
6  BLOCK & LEVITON LLP
   610 16th Street, Suites 214-216
7  Oakland, CA 94612
8  Telephone: (415) 968-8999
   Email: vincent@blockesq.com
9
10 Attorneys for Plaintiffs

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27
   *HURTADO, et al., v. RAINBOW DISPOSAL CO., INC. EMPLOYEE STOCK OWNERSHIP PLAN*
28 *COMMITTEE, et al.,* Case No. 17-cv-1605-JLS-DFM
   PLAINTIFF'S APPLICATION TO FILE UNDER SEAL [L.R. 79-5.2.2(b)]                    3

# CERTIFICATE OF SERVICE

I, Ming Siegel, hereby certify that on March 5, 2019, a copy of the foregoing APPLICATION FOR LEAVE TO FILE UNDER SEAL and the accompanying [proposed] ORDER were both served on the following counsel of record via the CM/ECF system:

Dated: March 5, 2019

_____
Ming Siegel

| | |
|---|---|
| Christopher W. Smith<br>Jason Levin<br>STEPTOE & JOHNSON LLP<br>633 West Fifth Street, 7th Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 439-9433<br>Email: csmith@steptoe.com<br>Email: jlevin@steptoe.com<br><br>Andrew J. Sloniewsky<br>Eric G. Serron<br>Linda C. Bailey<br>Osvaldo Vazquez<br>Paul J. Ondrasik, Jr.<br>Sara R. Pikofsky<br>STEPTOE & JOHNSON LLP<br>1330 Connecticut Avenue NW<br>Washington, DC 20036<br>Telephone: (202) 429-3907<br>Email: asloniewsky@steptoe.com<br>Email: eserron@steptoe.com<br>Email: lbailey@steptoe.com<br>Email: ovazquez@steptoe.com<br>Email: pondrasik@steptoe.com<br>Email: spikofsky@steptoe.com<br><br>*Attorneys for Defendants Rainbow Disposal Co., Inc. Employee Stock* | Dylan Rudolph<br>TRUCKER HUSS APC<br>One Embarcadero Center, 12th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 788-3111<br>Email: drudolph@truckerhuss.com<br><br>Joseph Faucher<br>Brian D. Murray<br>TRUCKER HUSS APC<br>15821 Ventura Blvd., Suite 510<br>Encino, CA 91436<br>Telephone: (213) 537-1020<br>Email: jfaucher@truckerhuss.com<br>Email: bmurray@truckerhuss.com<br><br>*Attorneys for Defendant GreatBanc Trust Company*<br><br>Timothy J Toohey<br>GREENBERG GLUSKER FIELD CLAMAN AND MACHTINGER LLP<br>1099 Avenue of the Stars, 21st Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 553-3610<br>Email: ttoohey@greenbergglusker.com |

*HURTADO, et al., v. RAINBOW DISPOSAL CO., INC. EMPLOYEE STOCK OWNERSHIP PLAN COMMITTEE, et al.,* Case No. 17-cv-1605-JLS-DFM
PLAINTIFF'S APPLICATION TO FILE UNDER SEAL [L.R. 79-5.2.2(b)]        4

| | |
|---|---|
| *Ownership Plan Committee, Jon Black, Catharine Ellingsen, Bill Eggleston, Republic Services, Inc. and Rainbow Disposal Co., Inc.* | *Attorney for Defendant Gerald Moffatt* |
| David R. Scheidemantle<br>Scheidemantle Law Group P.C.<br>35 East Union Street<br>Suite F<br>Pasadena, CA 91103<br>Telephone: (626) 660-4434<br>Email: david@scheidemantle-law.com<br><br>*Attorney for Defendant Gregory Range* | Larry Walraven<br>Nicole Wurscher<br>Brian Selvan<br>WALRAVEN AND WESTERFELD LLP<br>20 Enterprise Suite 310<br>Aliso Viejo, CA 92656<br>Telephone: (949) 215-1990<br>Email: law@walravenlaw.com<br>Email: new@walravenlaw.com<br>Email: bselvan@walravenlaw.com<br><br>*Attorneys for Defendant Jeff Snow* |