**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN (SANTA ANA) DIVISION**

| | | |
|---|---|---|
| ANTONIO HURTADO, et al., | ) | Case No.: 8:17-cv-01605-JLS-DFM |
| | ) | |
| Plaintiffs, | ) | *Assigned to Hon. Josephine L. Staton* |
| | ) | |
| v. | ) | **ORDER ALLOWING PLAINTIFFS** |
| | ) | **AND DEFENDANTS TO TAKE UP** |
| RAINBOW DISPOSAL CO., INC. | ) | **TO 25 DEPOSITIONS PER SIDE** |
| EMPLOYEE STOCK | ) | |
| OWNERSHIP PLAN | ) | |
| COMMITTEE, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

In accordance with the Stipulation of the parties it is hereby ORDERED as follows:

1. Plaintiffs collectively and Defendants collectively shall be permitted to notice and take without further leave of Court 15 depositions in addition to the 10 depositions provided by Fed. R. Civ. P. 30(a)(2)(A)(i), for a total of 25 depositions for a total of 50 depositions by both sides.

2. All Parties will retain the right to object to any depositions or subpoenas Plaintiffs notice on any applicable basis other than exceeding the limit of 25 depositions stipulated pursuant to Fed. R. Civ. P. 30(a)(2)(A).

3. All Parties will have the right to seek additional depositions, and the Court may permit such additional depositions upon motion or further stipulation.

Date: June 4, 2019

*[signature]*

Hon. Douglas F. McCormick
U.S. Magistrate Court Judge