R. Joseph Barton, CSBN 212340
BLOCK & LEVITON LLP
1735 20th Street NW
Washington, DC 20009
Telephone: (202) 734-7046
Email: jbarton@blockesq.com

*Attorney for Plaintiffs and the Class*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN (SANTA ANA) DIVISION

| | |
|---|---|
| ANTONIO HURTADO, et al., | Case No.: 8:17-cv-01605-JLS-DFM |
| Plaintiffs, | *Assigned to Hon. Josephine L. Staton* |
| v. | **PLAINTIFFS' NOTICE OF MOTION AND UNOPPOSED MOTION FOR ADMISSION PRO HAC VICE AND WAIVER OF LOCAL OFFICE REQUIREMENT** |
| RAINBOW DISPOSAL CO., INC. EMPLOYEE STOCK OWNERSHIP PLAN COMMITTEE, et al. | |
| Defendants. | Date: September 20, 2019<br>Time: 10:30 a.m.<br>Courtroom: 10A |

To all parties and their attorneys of record:

Please take notice that on September 20, 2019 at 10:30 a.m. in the courtroom of the Honorable Josephine L. Staton, Plaintiffs shall and hereby do move this Court for an order granting the Application for Admission of a Non-Resident Attorney to Appear in a Specific Case of Colin M. Downes, filed herewith, and waiving L.R. 83-2.1.3.4 to permit Colin M. Downes to designate R. Joseph Barton as local counsel.

This motion is based on this Notice of Motion and Motion, the memorandum of law filed herewith, the accompanying Declaration of Colin M. Downes, the Application for Admission of a Non-Resident Attorney to Appear in a Specific Case of Colin M. Downes, and the pleadings and other papers on file in this action.

This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place between counsel for the Plaintiffs and counsel for each of the Defendants other than defendant Moffatt on June 7, 2019. Counsel for the Plaintiffs and defendant Moffatt conferred on June 12, 2019. No defendant opposes the relief sought by this motion.

1  DATED: July 12, 2019					Respectfully submitted,

_____

R. Joseph Barton, CSBN 212340
BLOCK & LEVITON LLP
1735 20th Street NW
Washington, DC 20009
Telephone: (202) 734-7046
Email: jbarton@blockesq.com

Joseph Creitz, CSBN 169552
CREITZ & SEREBIN LLP
100 Pine St., Suite 1250
San Francisco, CA 94111
Telephone: (415) 466-3090
Email: joe@creitzserebin.com

Vincent Cheng, CSBN 230827
BLOCK & LEVITON LLP
610 16th Street, Suites 214-216
Oakland, CA 94612
Telephone: (415) 968-8999
Email: vincent@blockesq.com

*Attorneys for Plaintiffs & the Class*

# **CERTIFICATE OF SERVICE**

I, Ming Siegel, hereby certify that on July 12, 2019, a copy of the foregoing Unopposed Motion for Admission Pro Hac Vice and Waiver of Local Office Requirement was served on the following counsel of record via the CM/ECF system:

Dated this 12th day of July.

_____
Ming Siegel

| | |
|---|---|
| Christopher W. Smith<br>Jason Levin<br>STEPTOE & JOHNSON LLP<br>633 West Fifth Street, 7th Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 439-9433<br>Email: csmith@steptoe.com<br>Email: jlevin@steptoe.com<br><br>Andrew J. Sloniewsky<br>Eric G. Serron<br>Linda C. Bailey<br>Paul J. Ondrasik, Jr.<br>Sara R. Pikofsky<br>STEPTOE & JOHNSON LLP<br>1330 Connecticut Avenue NW<br>Washington, DC 20036<br>Telephone: (202) 429-3907<br>Email: asloniewsky@steptoe.com<br>Email: eserron@steptoe.com<br>Email: lbailey@steptoe.com<br>Email: pondrasik@steptoe.com<br>Email: spikofsky@steptoe.com<br><br>*Attorneys for Defendants Rainbow Disposal Co., Inc. Employee Stock* | Dylan Rudolph<br>TRUCKER HUSS APC<br>One Embarcadero Center, 12th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 788-3111<br>Email: drudolph@truckerhuss.com<br><br>Joseph Faucher<br>Brian D. Murray<br>TRUCKER HUSS APC<br>15821 Ventura Blvd., Suite 510<br>Encino, CA 91436<br>Telephone: (213) 537-1020<br>Email: jfaucher@truckerhuss.com<br>Email: bmurray@truckerhuss.com<br><br>*Attorneys for Defendant GreatBanc Trust Company*<br><br>Timothy J Toohey<br>GREENBERG GLUSKER FIELD CLAMAN AND MACHTINGER LLP<br>1099 Avenue of the Stars, 21st Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 553-3610 |

*HURTADO, et al., v. RAINBOW DISPOSAL CO., INC. EMPLOYEE STOCK OWNERSHIP PLAN COMMITTEE, et al.,* Case No. 17-cv-1605-JLS-DFM
UNOPPOSED MOTION FOR ADMISSION PRO HAC VICE   4

| | |
|---|---|
| *Ownership Plan Committee, Jon Black, Catharine Ellingsen, Bill Eggleston, Michael Huycke, Myndi Kort, Republic Services, Inc. and Rainbow Disposal Co., Inc.* | Email: ttoohey@greenbergglusker.com<br><br>*Attorney for Defendant Gerald Moffatt* |
| David R. Scheidemantle<br>Adam D. Wieder<br>Scheidemantle Law Group P.C.<br>35 East Union Street<br>Suite F<br>Pasadena, CA 91103<br>Telephone: (626) 660-4434<br>Email: david@scheidemantle-law.com<br>Email: adam@scheidemantle-law.com<br><br>*Attorney for Defendant Gregory Range* | Larry Walraven<br>Nicole Wurscher<br>Brian Selvan<br>WALRAVEN AND WESTERFELD LLP<br>20 Enterprise Suite 310<br>Aliso Viejo, CA 92656<br>Telephone: (949) 215-1990<br>Email: law@walravenlaw.com<br>Email: new@walravenlaw.com<br>Email: bselvan@walravenlaw.com<br><br>*Attorneys for Defendant Jeff Snow* |

*HURTADO, et al., v. RAINBOW DISPOSAL CO., INC. EMPLOYEE STOCK OWNERSHIP PLAN COMMITTEE, et al.,* Case No. 17-cv-1605-JLS-DFM
UNOPPOSED MOTION FOR ADMISSION PRO HAC VICE     5