**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN (SANTA ANA) DIVISION**

| | |
|---|---|
| ANTONIO HURTADO, et al., | Case No.: 8:17-cv-01605-JLS-DFM |
| Plaintiffs, | *Assigned to Hon. Josephine L. Staton* |
| v. | |
| RAINBOW DISPOSAL EMPLOYEE STOCK OWNERSHIP PLAN COMMITTEE, et al. | **ORDER REGARDING ELECTRONIC SERVICE OF FORMAL DISCOVERY** |
| Defendants, | |

# ORDER

In accordance with the Stipulation of the Plaintiffs and Defendants (collectively "the Parties"), it is hereby Ordered as follows:

1. By the consent of each of the Parties, notices, correspondence, formal discovery and responses thereto and other documents in this litigation not exceeding 10 megabytes may be served by electronic mail, without simultaneous service via U.S. mail (or any other means pursuant to Rule 5 of the Federal Rules of Civil Procedure), by sending the document to the counsel and email addresses to which the parties have stipulated (without the need to serve any other counsel). Pursuant to Federal Rule of Civil Procedure 5(b)(2)(E), service shall be complete upon the transmission of the documents unless the serving party learns that it did not reach the persons intended to be served.

2. For service of documents over 10 megabytes, the Parties shall serve such documents via another method of service permitted under the Federal Rules of Civil Procedure unless the serving Party has made prior arrangements with the Counsel for the Parties to be served to receive electronic delivery.

3. For purposes of paragraphs 1 through 3 of this Order, documents sent through file transfer protocol ("FTP"), ShareFile, or similar web-based file sharing protocols will not count against the 10-megabyte total, and service of such documents shall be complete upon transmission of a notice providing access to the FTP site or similar file sharing website.

4. Each of the Parties may change the list of Counsel or email addresses for electronic delivery by sending a letter or email advising all other Parties of the change of Counsel or email by which service should be made.

5. Each of the Parties may withdraw from the Stipulation by filing a notice with the Court with at least 7 days' notice advising all Parties of such withdrawal.

6. Nothing in this Order shall prohibit any Party, at its option, from utilizing any other method of service permitted under the Federal Rules of Civil Procedure.

7. This Order does not apply to filings or notices by ECF.

8. Nothing in this Order shall change the rules concerning computing and extending time set forth in Rule 6.

**IT IS SO ORDERED.**

Dated: July 23, 2019

_____
Hon. Josephine L. Staton
UNITED STATES DISTRICT JUDGE