Jason Levin
STEPTOE & JOHNSON LLP
633 West Fifth Street, 7th Floor
Los Angeles, CA 90071
Telephone: (213) 439-9400
Email: jlevin@steptoe.com

Paul J. Ondrasik, Jr.
Eric G. Serron
Sara R. Pikofsky
Andrew J. Sloniewsky
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue NW
Washington, DC 20036
Telephone: (202) 429-3000
Email: pondrasik@steptoe.com
Email: eserron@steptoe.com
Email: spikofsky@steptoe.com
Email: asloniewsky@steptoe.com

*Attorneys for Republic Defendants*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN (SANTA ANA) DIVISION**

| | |
|---|---|
| ANTONIO HURTADO, et al., | Case No.: 8:17-cv-01605-CJC-DFM |
| Plaintiffs, | *Assigned to Hon. Josephine L. Staton* |
| v. | **JOINT STIPULATION REGARDING EXTENSION OF COURT DEADLINES AND STAY OF PROCEEDINGS PENDING MEDIATION; [PROPOSED] ORDER (Local Rule 7-1)** |
| RAINBOW DISPOSAL CO., INC. EMPLOYEE STOCK OWNER-SHIP PLAN COMMITTEE, et al. | |
| Defendants. | |

*HURTADO, et al., v. RAINBOW DISPOSAL CO., INC. EMPLOYEE STOCK OWNERSHIP PLAN COMMITTEE, et al.,* Case No. 17-cv-1605-JLS-DFM - STIPULATION REGARDING EXTENSION OF COURT DEADLINES AND STAY OF PROCEEDINGS PENDING MEDIATION; [PROPOSED] ORDER (Local Rule 7-1)

14512788 10

1     Pursuant to Local Rule 7-1, this Joint Stipulation and request for Court

2 order is submitted by all named parties in this litigation:

3     • Plaintiffs Antonio Hurtado, Christopher Ortega, Jose Quintero, Maritza

4 Quintero, Jorge Urquiza, and Maria Valadez ("Plaintiffs");

5     • Defendants Rainbow Disposal Co., Inc. Employee Stock Ownership

6 Plan Committee, Jon Black, Catharine Ellingsen, Bill Eggleston, Michael

7 Huycke, Myndi Kort, Republic Services, Inc., and Rainbow Disposal Co., Inc.

8 (the "Republic Defendants");

9     • Defendant GreatBanc Trust Company ("GreatBanc");

10     • Defendant Gerald Moffatt ("Moffatt");

11     • Defendant Jeff Snow ("Snow");

12     • Defendant Gregory Range ("Range");

13  (Together with the Republic Defendants, GreatBanc, Moffatt, Snow, and Range

14 are the "Defendants").

15                          **INTRODUCTION**

16     The Plaintiffs, on behalf of themselves and the Class, and Defendants

17 (collectively the "Parties") submit this stipulation to stay the present litigation and

18 extend court deadlines by approximately 90 days to allow time for the Parties to

19 prepare for and participate in a private mediation that is scheduled to take place on

20 December 12.  There is good cause for the relief requested here because the current

21 swift tempo of litigation activities is likely to significantly reduce the insurance

22 coverage potentially available to Defendants before the Parties have an opportunity

23 to mediate their dispute.  The Parties believe the likelihood of an amicable

24 resolution would be diminished if such resources are spent on legal expenses and

25 costs.  Moreover, the Parties have litigated this action with vigor, and are not

26 seeking the requested relief because of any improper tardiness or delay.

27

28

*HURTADO, et al., v. RAINBOW DISPOSAL CO., INC. EMPLOYEE STOCK OWNERSHIP PLAN COMMITTEE, et al.,* Case No. 17-cv-1605-JLS-DFM; STIPULATION REGARDING EXTENSION OF COURT DEADLINES AND STAY OF PROCEEDINGS PENDING MEDIATION; [PROPOSED] ORDER (Local Rule 7-1)                    1

In addition to briefing the motions to dismiss and for class certification, Defendants have produced over 150,000 pages of documents after first reviewing them for relevance and privilege and preparing lengthy privilege logs.  Plaintiffs' Class Counsel have reviewed these documents and documents produced by numerous non-parties.  Plaintiffs issued, and Defendants have responded to, Plaintiffs' numerous detailed interrogatories.  Plaintiffs have conducted six depositions (one of which was cross-noticed by multiple Defendants) and have scheduled several others (with more expected to be completed in the next several weeks).  Under these circumstances, the Parties believe good cause exists for the requested relief under Fed. R. Civ. P. 16(b)(4) and paragraph 17 of the Procedures of the Hon. Judge Josephine L. Staton.

## FACTUAL BACKGROUND[1]

Plaintiffs' current, second amended complaint is complex, asserting 14 different counts against 12 different defendants who are represented by five sets of counsel.  The Court set the current litigation schedule for this litigation in a July 2, 2019 order.  The Court issued that order in response to Plaintiffs' unopposed motion seeking an extension of case deadlines.  Plaintiffs' motion noted that the requested relief was justified by two considerations: (a) the very substantial number of documents produced; and (b) the serious, unanticipated medical issues facing one of Plaintiffs' lead attorneys.

The Parties had litigated energetically prior to the Court's July 2, 2019 scheduling order.  In particular, the Parties had prepared lengthy briefs supporting, and opposing, motions to dismiss Plaintiffs' suit and for class certification, and argued the class certification motion before the Court.  They had also litigated before the Hon. Magistrate Judge Douglas F. McCormick the terms of a protective order intended to safeguard confidential documents and information.  The Parties

---

[1] This Stipulation is supported by the attached Declaration of Andrew J. Sloniewsky.

*HURTADO, et al., v. RAINBOW DISPOSAL CO., INC. EMPLOYEE STOCK OWNERSHIP PLAN COMMITTEE, et al.,* Case No. 17-cv-1605-JLS-DFM; STIPULATION REGARDING EXTENSION OF COURT DEADLINES AND STAY OF PROCEEDINGS PENDING MEDIATION; [PROPOSED] ORDER (Local Rule 7-1)                    2

1   had served numerous document requests on each other, and Plaintiffs served over

2   20 document subpoenas on third parties.  Finally, Defendants had reviewed for

3   relevance and privilege and produced tens of thousands of documents totaling over

4   150,000 pages.

5       Since the Court's July 2, 2019 order, the Parties have continued to

6   vigorously pursue their litigation efforts. Plaintiffs and Republic Defendants

7   negotiated at length regarding hundreds of entries on the Republic Defendants'

8   privilege log, resulting in Republic Defendants' production of over 200 documents.

9   In response to Plaintiffs' document subpoenas, numerous non-parties produced

10  many additional documents.  Included in these productions were approximately

11  45,000 pages of documents from former counsel for Defendant Rainbow Disposal

12  Co., Inc., a production which included the preparation of a very substantial

13  privilege log.  Plaintiffs also prepared and served numerous detailed interrogatories

14  on Defendants, requiring Defendants to devote considerable time and effort to the

15  preparation of responses.  Finally, Plaintiffs have taken six depositions (with one

16  cross-noticed by some Defendants) and more have been scheduled for the near

17  future.  Not counting any depositions that may be taken by Defendants, Plaintiffs

18  anticipate taking a total of at least 15 more fact depositions in this case between

19  now and December 12.

20      Given the progress of discovery and the mounting costs of litigation, the

21  Parties have been attempting for weeks to schedule a private mediation in an effort

22  to achieve a global resolution of the claims alleged in the Complaint.  The Parties

23  believe that a mediation would be in everyone's interest: not only would it save the

24  Parties time and resources, but it might also obviate the need for this Court to

25  consider any future summary judgment or other motions, or to oversee the trial of

26  this dispute.  However, due to the number of Parties and schedules that had to be

27  accommodated and the mediator's availability, the mediation could not be

28

*HURTADO, et al., v. RAINBOW DISPOSAL CO., INC. EMPLOYEE STOCK OWNERSHIP PLAN COMMITTEE, et al.,* Case No. 17-cv-1605-JLS-DFM; STIPULATION REGARDING EXTENSION OF COURT DEADLINES AND STAY OF PROCEEDINGS PENDING MEDIATION; [PROPOSED] ORDER (Local Rule 7-1)                                      3

1  scheduled any earlier than December 12, 2019. The Parties have now scheduled a

2  mediation with Robert Meyer, a respected mediator with JAMS in the Los Angeles

3  area.  Mr. Meyer has experience mediating numerous ERISA cases, including

4  cases involving ESOPs.

5       To facilitate the proposed mediation, the Parties seek a litigation stay until

6  December 12, 2019, and an extension of all case deadlines by approximately 90

7  days.  Certain Defendants in this case have coverage under so-called "wasting"

8  insurance policies, *i.e.*, policies containing single coverage limits applicable to

9  both legal expenses and indemnity payments.  Due to the swift tempo of the

10  present litigation, legal expenses will decrease the amount of coverage available

11  under these policies.  For instance, between now and December 12, the Parties

12  expect to incur substantial costs in taking and defending numerous depositions and

13  having expert witnesses begin drafting reports.  Further expenditures on legal

14  expenses would reduce the sums available for any potential settlement, rendering

15  an amicable resolution less likely.

16       Good cause exists for a stay of litigation activities and an extension of the

17  litigation deadlines in this case under Fed. R. Civ. P. 16(b) and paragraph 17 of the

18  Procedures of Hon. Judge Josephine L. Staton.  As noted, a stay and extension are

19  necessary to avoid further incurring litigation expenses that will reduce the amount

20  of insurance coverage that could be used to pay for settlement.  The Parties seek a

21  90-day extension because, if the mediation is unsuccessful, the holidays will render

22  the last few weeks of December unavailable for the depositions (particularly for

23  non-parties) that still require completion.  The requested relief is not being sought

24  for improper reasons.  The Parties have not delayed in their conduct of this

25  litigation, but instead have energetically pursued motions practice and discovery.

26  The Parties and the Court would be benefitted by the relief sought in this

27  Stipulation.

28

*HURTADO, et al., v. RAINBOW DISPOSAL CO., INC. EMPLOYEE STOCK OWNERSHIP PLAN
COMMITTEE, et al.,* Case No. 17-cv-1605-JLS-DFM; STIPULATION REGARDING EXTENSION OF
COURT DEADLINES AND STAY OF PROCEEDINGS PENDING MEDIATION; [PROPOSED]
ORDER (Local Rule 7-1)                           4

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## STIPULATION

NOW, THEREFORE, the Parties stipulate and request that the Court enter an order providing as follows:

1.      To facilitate the proposed mediation and other settlement discussions between the Parties, the below deadlines in this case are extended as follows:

| Deadline | Previous Date | Revised Date |
|---|---|---|
| Fact Discovery Cut-off | December 12, 2019 | March 13, 2020 |
| Last Day to File Motions (excluding Daubert Motions and all other motions in Limine) | January 17, 2020 | April 16, 2020 |
| Last Day to Serve Initial Expert Reports | January 28, 2020 | April 27, 2020 |
| Last Day to Serve Rebuttal Expert Reports | February 18, 2020 | May 27, 2020 |
| Expert Discovery Cut-Off | April 3, 2020 | July 10, 2020 |
| Last Day to Conduct Settlement Proceedings | April 6, 2020 | July 6, 2020 |
| Last Day to File Daubert Motions | May 1, 2020 | July 30, 2020 |
| Last Day to File Motions in Limine (excluding Daubert motions) | May 15, 2020 | August 13, 2020 |
| Final Pretrial Conference (10:30 a.m.) | June 19, 2020 | September 24, 2020 |

2.      During the period between the date that the Court approves this stipulation and December 12, 2019, (a) any depositions previously scheduled or other discovery due before December, 12, 2019 will be postponed until on or after December 13, 2019, (b) the Parties shall file no motions with the Court (except, if necessary, a motion for relief from the stay), and (c) the Parties will not schedule

*HURTADO, et al., v. RAINBOW DISPOSAL CO., INC. EMPLOYEE STOCK OWNERSHIP PLAN COMMITTEE, et al.,* Case No. 17-cv-1605-JLS-DFM; STIPULATION REGARDING EXTENSION OF COURT DEADLINES AND STAY OF PROCEEDINGS PENDING MEDIATION; [PROPOSED] ORDER (Local Rule 7-1)                5

or require any discovery-related activities to occur until on or after December 13, 2019.  Between the date that the Court enters an order approving this Stipulation and December 12, 2019, the Parties are permitted to issue deposition notices and written discovery, but for purposes of determining the due date of responses to such discovery, any such notices and discovery shall be considered to have been served on December 13, 2019.

3.   Absent agreement of the Parties otherwise, the confidentiality obligations set forth in section 9 of General Order 11-10 of this Court shall apply to the anticipated mediation, except that if the mediation is successful, the terms of the settlement and other information necessary to obtain court-approval of a class action settlement pursuant to Rule 23(e) may be disclosed.

4.   By December 20, 2019, the Parties shall provide the Court with a report identifying the individuals who attended or participated in the mediation, and stating whether the mediation discussions were successful.  The Report will not provide the details regarding the substance of the mediation discussions.

**Filer Andrew J. Sloniewsky attests all other signatories on whose behalf the filing is submitted concur and authorize this content and filing. (Local Rule 5-4.3.4)**

Dated: October 30, 2019

By: */s/* R. Joseph Barton
R. Joseph Barton CSBN 212340
Colin Downes (*pro hac vice*)
BLOCK & LEVITON LLP
1735 20th Street NW
Washington, DC 20009
Telephone: (202) 734-7046
Email: jbarton@blockesq.com
Email: colin@blockesq.com

Dated:  October 30, 2019

By:  /s/ Andrew J. Sloniewsky
Jason Levin
STEPTOE & JOHNSON LLP
633 West Fifth Street, 7th Floor
Los Angeles, CA 90071
Telephone: (213) 439-9400
Email: jlevin@steptoe.com

Paul J. Ondrasik, Jr.
Eric G. Serron

*HURTADO, et al., v. RAINBOW DISPOSAL CO., INC. EMPLOYEE STOCK OWNERSHIP PLAN COMMITTEE, et al.,* Case No. 17-cv-1605-JLS-DFM; STIPULATION REGARDING EXTENSION OF COURT DEADLINES AND STAY OF PROCEEDINGS PENDING MEDIATION; [PROPOSED] ORDER (Local Rule 7-1)                6

Joseph Creitz, CSBN 169552
CREITZ & SEREBIN LLP
100 Pine St., Suite 1250
San Francisco, CA 94111
Telephone: (415) 466-3090
Email: joe@creitzserebin.com

Vincent Cheng, CSBN 230827
BLOCK & LEVITON LLP
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 968-8999
Email: vincent@blockesq.com

*Attorneys for Plaintiffs & the Class*

Sara Pikofsky
Andrew J. Sloniewsky
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue NW
Washington, DC 20036
Telephone: (202) 429-3000
Email: pondrasik@steptoe.com
Email: eserron@steptoe.com
Email: spikofsky@steptoe.com
Email: asloniewsky@steptoe.com

*Attorneys for Defendants Rainbow Disposal Co., Inc. Employee Stock Ownership Plan Committee, Jon Black, Catharine Ellingsen, Bill Eggleston, Republic Services, Inc. and Rainbow Disposal Co., Inc.*

By:  /s/ Joseph Faucher_____
Dylan Rudolph
TRUCKER HUSS APC
One Embarcadero Center, 12th Floor
San Francisco, CA 94111
Telephone: (415) 788-3111
Email: drudolph@truckerhuss.com

Joseph Faucher
TRUCKER HUSS APC
633 West 5th Street, 26th Floor
Los Angeles, CA 90071
Telephone: (213) 537-1020
Email: jfaucher@truckerhuss.com
Email: bmurray@truckerhuss.com

*Attorneys for Defendant GreatBanc Trust Company*

By:  /s/ Timothy Toohey_____
Timothy J Toohey

*HURTADO, et al., v. RAINBOW DISPOSAL CO., INC. EMPLOYEE STOCK OWNERSHIP PLAN COMMITTEE, et al.,* Case No. 17-cv-1605-JLS-DFM; STIPULATION REGARDING EXTENSION OF COURT DEADLINES AND STAY OF PROCEEDINGS PENDING MEDIATION; [PROPOSED] ORDER (Local Rule 7-1)                    7

| | |
|---|---|
| 1 | GREENBERG GLUSKER FIELD CLAMAN AND MACHTINGER LLP |
| 2 | |
| 3 | 1099 Avenue of the Stars, 21st Floor |
| | Los Angeles, CA 90067 |
| 4 | Telephone: (310) 553-3610 |
| 5 | Email: |
| 6 | ttoohey@greenbergglusker.com |
| 7 | *Attorney for Defendant Gerald Moffatt* |
| 8 | |
| 9 | By: __/s/ Nicole Wurscher_____ |
| | Larry Walraven |
| 10 | Nicole Wurscher |
| | Brian Selvan |
| 11 | WALRAVEN AND WESTERFELD LLP |
| 12 | |
| 13 | 20 Enterprise Suite 310 |
| | Aliso Viejo, CA 92656 |
| 14 | Telephone: (949) 215-1990 |
| 15 | Email: |
| | lwalraven@calemployerlaw.com |
| 16 | Email: new@walravenlaw.com |
| 17 | Email: bselvan@walravenlaw.com |
| 18 | |
| 19 | *Attorneys for Defendant Jeff Snow* |
| 20 | By: __/s/ Adam D. Wieder_____ |
| | David R. Scheidemantle |
| 21 | Adam D. Wieder |
| 22 | Scheidemantle Law Group P.C. |
| | 35 East Union Street, Suite F |
| 23 | Pasadena, CA 91103 |
| 24 | Telephone: (626) 660-4434 |
| 25 | Email: david@scheidemantle-law.com |
| | Email: adam@scheidemantle-law.com |
| 26 | |
| 27 | *Attorneys for Defendant Gregory Range* |
| 28 | |

*HURTADO, et al., v. RAINBOW DISPOSAL CO., INC. EMPLOYEE STOCK OWNERSHIP PLAN COMMITTEE, et al.,* Case No. 17-cv-1605-JLS-DFM; STIPULATION REGARDING EXTENSION OF COURT DEADLINES AND STAY OF PROCEEDINGS PENDING MEDIATION; [PROPOSED] ORDER (Local Rule 7-1)                    8

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*HURTADO, et al., v. RAINBOW DISPOSAL CO., INC. EMPLOYEE STOCK OWNERSHIP PLAN COMMITTEE, et al.,* Case No. 17-cv-1605-JLS-DFM; STIPULATION REGARDING EXTENSION OF COURT DEADLINES AND STAY OF PROCEEDINGS PENDING MEDIATION; [PROPOSED] ORDER (Local Rule 7-1)

9

**CERTIFICATE OF SERVICE**

I, Andrew J. Sloniewsky, hereby certify that on October 30, 2019, a copy of the foregoing STIPULATION REGARDING EXTENSION OF COURT DEADLINES AND STAY OF PROCEEDINGS PENDING MEDIATION; [PROPOSED] ORDER (Local Rule 7-1), together with supporting documents, was served on the counsel of record for the following parties by the CM/ECF system:

Dated this 30th day of October, 2019.

           /s/ Andrew Sloniewsky
           Andrew J. Sloniewsky

R. Joseph Barton, CSBN 212340
BLOCK& LEVITON LLP
1735 20th Street NW
Washington, DC 20009
Telephone: (202) 734-7046
Email: jbarton@blockesq.com

Joseph Creitz, CSBN 169552
CREITZ & SEREBIN LLP
100 Pine St., Suite 1250
San Francisco, CA 94111
Telephone: (415) 466-3090
Email: joe@creitzserebin.com

*Counsel for Plaintiffs*

David R. Scheidemantle
Adam D. Wieder
Scheidemantle Law Group P.C.
35 East Union Street
Suite F
Pasadena, CA 91103
Telephone: (626) 660-4434

Dylan Rudolph
TRUCKER HUSS APC
One Embarcadero Center, 12th Floor
San Francisco, CA 94111
Telephone: (415) 788-3111
Email: drudolph@truckerhuss.com

Joseph Faucher
Brian D. Murray
TRUCKER HUSS APC
633 West 5th Street, 26th Floor
Los Angeles, CA 90071
Telephone: (213) 537-1020
Email: jfaucher@truckerhuss.com
Email: bmurray@truckerhuss.com

*Attorneys for Defendant GreatBanc Trust Company*

Timothy J Toohey

*HURTADO, et al., v. RAINBOW DISPOSAL CO., INC. EMPLOYEE STOCK OWNERSHIP PLAN COMMITTEE, et al.,* Case No. 17-cv-1605-JLS-DFM; STIPULATION REGARDING EXTENSION OF COURT DEADLINES AND STAY OF PROCEEDINGS PENDING MEDIATION; [PROPOSED] ORDER (Local Rule 7-1)

10

14512788 10

1   Email: david@scheidemantle-law.com
    Email: adam@scheidemantle-law.com

GREENBERG GLUSKER FIELD
CLAMAN AND MACHTINGER
LLP

3   *Attorneys for Defendant Gregory Range*

1099 Avenue of the Stars, 21st Floor
Los Angeles, CA 90067
Telephone: (310) 553-3610
Email:
ttoohey@greenbergglusker.com

*Attorney for Defendant Gerald Moffatt*

Larry Walraven
Nicole Wurscher
Brian Selvan
WALRAVEN AND WESTERFELD
LLP
20 Enterprise Suite 310
Aliso Viejo, CA 92656
Telephone: (949) 215-1990
Email:
lwalraven@calemployerlaw.com
Email: new@walravenlaw.com
Email: bselvan@walravenlaw.com

*Attorneys for Defendant Jeff Snow*

*HURTADO, et al., v. RAINBOW DISPOSAL CO., INC. EMPLOYEE STOCK OWNERSHIP PLAN COMMITTEE, et al.,* Case No. 17-cv-1605-JLS-DFM; STIPULATION REGARDING EXTENSION OF COURT DEADLINES AND STAY OF PROCEEDINGS PENDING MEDIATION; [PROPOSED] ORDER (Local Rule 7-1)        11

14512788 10