**DENIED**

BY ORDER OF THE COURT
NO SHOWING OF GOOD CAUSE

> The Court does not modify Scheduling Orders to accommodate mediation or settlement negotiations, which occur in every case. The Court will stay litigation or extend deadlines only if an agreement is reached at mediation.
>
> Date: 11/4/19  Judge Josephine L. Staton

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN (SANTA ANA) DIVISION**

| | |
|---|---|
| ANTONIO HURTADO, et al., | Case No.: 8:17-cv-01605-JLS-DFM |
| Plaintiffs, | *Assigned to Hon. Josephine L. Staton* |
| v. | **[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING STAY OF PROCEEDINGS PENDING MEDIATION** |
| RAINBOW DISPOSAL CO., INC. EMPLOYEE STOCK OWNERSHIP PLAN COMMITTEE, et al. | |
| Defendants. | |

*HURTADO, et al., v. RAINBOW DISPOSAL CO., INC. EMPLOYEE STOCK OWNERSHIP PLAN COMMITTEE, et al.,* Case No. 17-cv-1605-JLS-DFM; [PROPOSED] ORDER GRANTING STIPULATION

1

Pursuant to the Joint Stipulation of the Parties, the Court hereby orders as follows:

1. To facilitate the proposed mediation and other settlement discussions between the Parties, the below deadlines in this case are extended as set forth below:

| Deadline | Previous Date | Revised Date |
| --- | --- | --- |
| Fact Discovery Cut-off | December 12, 2019 | March 13, 2020 |
| Last Day to File Motions (excluding Daubert Motions and all other motions in Limine) | January 17, 2020 | April 16, 2020 |
| Last Day to Serve Initial Expert Reports | January 28, 2020 | April 27, 2020 |
| Last Day to Serve Rebuttal Expert Reports | February 18, 2020 | May 27, 2020 |
| Expert Discovery Cut-Off | April 3, 2020 | July 10, 2020 |
| Last Day to Conduct Settlement Proceedings | April 6, 2020 | July 6, 2020 |
| Last Day to File Daubert Motions | May 1, 2020 | July 30, 2020 |
| Last Day to File Motions in Limine (excluding Daubert motions) | May 15, 2020 | August 13, 2020 |
| Final Pretrial Conference (10:30 a.m.) | June 19, 2020 | September 24, 2020 |

*HURTADO, et al., v. RAINBOW DISPOSAL CO., INC. EMPLOYEE STOCK OWNERSHIP PLAN COMMITTEE, et al.,* Case No. 17-cv-1605-JLS-DFM; [PROPOSED] ORDER GRANTING STIPULATION

2

1

2      2.     During the period between the date that the Court approves this
3  stipulation and December 12, 2019, (a) any depositions previously scheduled or
4  other discovery due before December, 12, 2019 will be postponed until on or after
5  December 13, 2019, (b) the Parties shall file no motions with the Court (except, if
6  necessary, a motion for relief from the stay), and (c) the Parties will not schedule
7  or require any discovery-related activities to occur until on or after December 13,
8  2019.  Between the date that the Court enters an order approving this Stipulation
9  and December 12, 2019, the Parties are permitted to issue deposition notices and
10 written discovery, but for purposes of determining the due date of responses to
11 such discovery, any such notices and discovery shall be considered to have been
12 served on December 13, 2019.
13     3.     Absent agreement of the Parties otherwise, the confidentiality
14 obligations set forth in section 9 of General Order 11-10 of this Court shall apply
15 to the anticipated mediation, except that if the mediation is successful, the terms
16 of the settlement and other information necessary to obtain court-approval of a
17 class action settlement pursuant to Rule 23(e) may be disclosed.
18     4.     By December 20, 2019, the Parties shall provide the Court with a
19 report identifying the individuals who attended or participated in the mediation,
20 and stating whether the mediation discussions were successful.  The Report will
21 not provide the details regarding the substance of the mediation discussions.
22
23
24 **IT IS SO ORDERED.**

25
26 Dated:

**DENIED**
BY ORDER OF THE COURT
_____
Hon. Josephine L. Staton
United States District Court Judge

28 *HURTADO, et al., v. RAINBOW DISPOSAL CO., INC. EMPLOYEE STOCK OWNERSHIP PLAN COMMITTEE, et al.,* Case No. 17-cv-1605-JLS-DFM; [PROPOSED] ORDER GRANTING STIPULATION                3