**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN (SANTA ANA) DIVISION**

| | |
|---|---|
| ANTONIO HURTADO, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> RAINBOW DISPOSAL CO., INC. ) <br> EMPLOYEE STOCK ) <br> OWNERSHIP PLAN ) <br> COMMITTEE, et al. ) <br> ) <br> Defendants. ) <br> ) <br> ) <br> _____ ) | Case No.: 8:17-cv-01605-JLS-DFM <br><br> *Assigned to Hon. Josephine L. Staton* <br><br> **ORDER ON REPORT OF SETTLEMENT & JOINT STIPULATION TO STAY** |

This case comes before the Court on the Report of Settlement & Joint Stipulation to Stay Deadlines in the Scheduling Order. Based thereon, and good cause having been shown, the Court hereby ORDERS as follows:

1. All proceedings in the case are vacated and the case is STAYED until and including March 13, 2020, or until further order of this Court.
2. Class Counsel and Counsel for Defendants shall file a status report or a stipulation by February 28, 2020, proposing (a) deadlines for filing a motion for preliminary approval of a settlement agreement pursuant to Federal Rule of Civil Procedure 23(e) (b) new Scheduling Order case deadlines.

**IT IS SO ORDERED**.
Dated: January 28, 2020

---
Hon. Josephine L. Staton
United States District Judge