Colin M. Downes
BLOCK & LEVITON LLP
1735 20th Street NW
Washington, DC 20009
Telephone: (202) 734-7383
Email: colin@blockleviton.com

*Attorney for Plaintiff*
*[additional counsel listed below]*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN (SANTA ANA) DIVISION

| | |
|---|---|
| ANTONIO HURTADO, et al., | Case No.: 8:17-cv-01605-JLS-DFM |
| Plaintiffs, | *Assigned to Hon. Josephine L. Staton* |
| v. | **PLAINTIFFS' NOTICE OF SUPPLEMENTAL FILING REGARDING MOTION FOR PRELIMINARY APPROVAL** |
| RAINBOW DISPOSAL CO., INC. EMPLOYEE STOCK OWNERSHIP PLAN COMMITTEE, et al. | |
| Defendants. | Date: December 11, 2020 |
| | Time: 10:30 a.m. |
| | Courtroom: 10A |
| | ORAL ARGUMENT WAIVED |

Notice is hereby given of the filing of the terms and conditions negotiated by Class Counsel for settlement administration services with both CPT Group, Inc. (attached as Exhibit A) and Simpluris, Inc. (attached as Exhibit B). CPT Group and Simpluris are the two candidates for settlement administrator proposed by Class Counsel. ECF No. 209-1 at 19-20.

Plaintiff's counsel previously advised the Court that they had negotiated terms with CPT Group for settlement administration services that were more

*HURTADO, et al., v. RAINBOW DISPOSAL CO., INC. EMPLOYEE STOCK OWNERSHIP PLAN COMMITTEE, et al.,* Case No. 17-cv-1605-JLS-DFM
Plaintiffs' Notice of Supp. Filing Regarding Motion for Preliminary Approval      1

favorable than those proposed by Simpluris, including the deferral of payment of professional fees until after entry of final approval. ECF No. 209-2 ¶ 29. In part on this basis, as part of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, Class Counsel recommended that the Court appoint CPT Group as Settlement Administrator. *Id.*; ECF No. 209-1 at 19-20.

But since Plaintiffs' filed their Motion for Preliminary Approval, Simpluris has agreed to Class Counsel's request for modifications to its proposed terms and conditions for settlement administration services, including deferral of payment of professional fees until after entry of final approval. Plaintiffs' counsel has therefore submitted both sets of terms and conditions, as revised, for the consideration of the Court.

| | |
|---|---|
| DATED: September 1, 2020 | *[signature]* |
| | R. Joseph Barton, CSBN 212340 |
| | Colin M. Downes (*pro hac vice*) |
| | BLOCK & LEVITON LLP |
| | 1735 20th Street NW |
| | Washington, DC 20009 |
| | Telephone: (202) 734-7046 |
| | Email: jbarton@blockesq.com |
| | Email: colin@blockesq.com |
| | |
| | Joseph Creitz, CSBN 169552 |
| | CREITZ & SEREBIN LLP |
| | 100 Pine St., Suite 1250 |
| | San Francisco, CA 94111 |
| | Telephone: (415) 466-3090 |
| | Email: joe@creitzserebin.com |
| | |
| | Vincent Cheng, CSBN 230827 |
| | BLOCK & LEVITON LLP |
| | 100 Pine Street, Suite 1250 |
| | San Francisco, CA 94111 |
| | Telephone: (415) 968-8999 |
| | Email: vincent@blockesq.com |
| | |
| | *Attorneys for Plaintiffs and the Class* |

*HURTADO, et al., v. RAINBOW DISPOSAL CO., INC. EMPLOYEE STOCK OWNERSHIP PLAN COMMITTEE, et al.,* Case No. 17-cv-1605-JLS-DFM
Plaintiffs' Notice of Supp. Filing Regarding Motion for Preliminary Approval       3

# CERTIFICATE OF SERVICE

I, Colin M. Downes, hereby certify that on September 1, 2020, a copy of the foregoing Plaintiffs' Motion and Notice of Motion for Preliminary Approval of Settlement was served on the following counsel of record via the CM/ECF system:

Dated this 1st day of September.

_____
Colin M. Downes

| | |
|---|---|
| Christopher W. Smith<br>Jason Levin<br>STEPTOE & JOHNSON LLP<br>633 West Fifth Street, 7th Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 439-9433<br>Email: csmith@steptoe.com<br>Email: jlevin@steptoe.com<br><br>Andrew J. Sloniewsky<br>Eric G. Serron<br>Linda C. Bailey<br>Paul J. Ondrasik, Jr.<br>Sara R. Pikofsky<br>STEPTOE & JOHNSON LLP<br>1330 Connecticut Avenue NW<br>Washington, DC 20036<br>Telephone: (202) 429-3907<br>Email: asloniewsky@steptoe.com<br>Email: eserron@steptoe.com<br>Email: lbailey@steptoe.com<br>Email: pondrasik@steptoe.com<br>Email: spikofsky@steptoe.com<br><br>*Attorneys for Defendants Rainbow Disposal Co., Inc. Employee Stock Ownership Plan Committee, Jon Black,* | Dylan Rudolph<br>TRUCKER HUSS APC<br>One Embarcadero Center, 12th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 788-3111<br>Email: drudolph@truckerhuss.com<br><br>Joseph Faucher<br>Brian D. Murray<br>TRUCKER HUSS APC<br>15821 Ventura Blvd., Suite 510<br>Encino, CA 91436<br>Telephone: (213) 537-1020<br>Email: jfaucher@truckerhuss.com<br>Email: bmurray@truckerhuss.com<br><br>*Attorneys for Defendant GreatBanc Trust Company*<br><br>Timothy J Toohey<br>GREENBERG GLUSKER FIELD CLAMAN AND MACHTINGER LLP<br>1099 Avenue of the Stars, 21st Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 553-3610<br>Email: |

*HURTADO, et al., v. RAINBOW DISPOSAL CO., INC. EMPLOYEE STOCK OWNERSHIP PLAN COMMITTEE, et al.,* Case No. 17-cv-1605-JLS-DFM
Plaintiffs' Notice of Supp. Filing Regarding Motion for Preliminary Approval    4

| | |
|---|---|
| *Catharine Ellingsen, Bill Eggleston, Republic Services, Inc. and Rainbow Disposal Co., Inc.* | ttoohey@greenbergglusker.com |
| | *Attorney for Defendant Gerald Moffatt* |
| David R. Scheidemantle | |
| Adam D. Wieder | |
| Scheidemantle Law Group P.C. | Larry Walraven |
| 35 East Union Street | Nicole Wurscher |
| Suite F | Brian Selvan |
| Pasadena, CA 91103 | WALRAVEN AND WESTERFELD LLP |
| Telephone: (626) 660-4434 | 20 Enterprise Suite 310 |
| Email: david@scheidemantle-law.com | Aliso Viejo, CA 92656 |
| Email: adam@scheidemantle-law.com | Telephone: (949) 215-1990 |
| | Email: law@walravenlaw.com |
| *Attorney for Defendant Gregory Range* | Email: new@walravenlaw.com |
| | Email: bselvan@walravenlaw.com |
| | *Attorneys for Defendant Jeff Snow* |

*HURTADO, et al., v. RAINBOW DISPOSAL CO., INC. EMPLOYEE STOCK OWNERSHIP PLAN COMMITTEE, et al.,* Case No. 17-cv-1605-JLS-DFM
Plaintiffs' Notice of Supp. Filing Regarding Motion for Preliminary Approval    5