R. Joseph Barton, CSBN 212340
BLOCK & LEVITON LLP
1735 20th Street NW
Washington, DC 20009
Telephone: (202) 734-7046
Email: jbarton@blockesq.com

*Attorney for Plaintiff and the Class*
*[additional counsel listed below]*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN (SANTA ANA) DIVISION**

| | |
|---|---|
| ANTONIO HURTADO, et al., | Case No.: 8:17-cv-01605-JLS-DFM |
| Plaintiffs, | Assigned to Hon. Josephine L. Staton |
| v. | **PLAINTIFFS' UNOPPOSED MOTION AND NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |
| RAINBOW DISPOSAL CO., INC. EMPLOYEE STOCK OWNERSHIP PLAN COMMITTEE, et al. | |
| Defendants. | Date: May 21, 2021<br>Time: 10:30 a.m.<br>Courtroom: 10A |

Notice is hereby given that, on May 21, 2020, at 10:30 a.m. or as soon thereafter as counsel may be heard before Hon. Josephine L. Staton in Courtroom 10A of the Ronald Reagan Federal Building and United States Courthouse, 411 West Fourth Street, Santa Ana, California 92701, Plaintiffs Antonio Hurtado, Christopher Ortega, Jorge Urquiza, Maria Valadez, Maritza Quintero, and Jose Quintero will and hereby do move the Court to enter an order under Rule 23 of the *HURTADO, et al., v. RAINBOW DISPOSAL CO., INC. EMPLOYEE STOCK OWNERSHIP PLAN COMMITTEE, et al.,* Case No. 17-cv-1605-JLS-DFM
Plaintiffs' Motion and Notice of Motion for Preliminary Approval of Settlement 1

Federal Rules of Civil Procedure:

1. Finally approving the Settlement Agreement between Plaintiffs and Defendants as fair, reasonable, and adequate under Rule 23(e) of the Federal Rules of Civil Procedure;

2. Dismissing this action against Defendants with prejudice;

3. Adjudging that Plaintiff and the Class be deemed conclusively to have released and waived any and all Settled Claims against the Defendants as provided in the Settlement Agreement;

4. Barring and permanently enjoining the Parties and the Class from prosecuting any Settled Claims, as provided in the Settlement Agreement, against any Party as to whom they have released claims.

5. Retaining exclusive continuing jurisdiction over the implementation of the Settlement Agreement, the disposition of the Settlement Fund, and enforcement and administration of the Settlement Agreement.

This motion is supported by the accompanying Memorandum of Law, the Proposed Order filed herewith, the Declaration of Ming Siegel, the Declaration of Colin M. Downes, the Declaration of Jackie Hitomi, all the pleadings and documents on file with the Court in this action, and further evidence and argument as may be submitted prior to the Court's decision on this motion.

This motion is made following the conference of counsel pursuant to L.R. 7-3. Defendants do not oppose the relief sought by this motion and have approved the form of the proposed order.

| | |
|---|---|
| 1   DATED:   April 15, 2021 | *[signature]* |
| 2 | |
| 3 | R. Joseph Barton, CSBN 212340 |
| 4 | Colin M. Downes (*pro hac vice*) |
| 5 | BLOCK & LEVITON LLP |
| | 1735 20th Street NW |
| 6 | Washington, DC 20009 |
| 7 | Telephone: (202) 734-7046 |
| | Email: jbarton@blockesq.com |
| 8 | Email: colin@blockesq.com |

DATED: April 15, 2021

R. Joseph Barton, CSBN 212340
Colin M. Downes (*pro hac vice*)
BLOCK & LEVITON LLP
1735 20th Street NW
Washington, DC 20009
Telephone: (202) 734-7046
Email: jbarton@blockesq.com
Email: colin@blockesq.com

Joseph Creitz, CSBN 169552
CREITZ & SEREBIN LLP
100 Pine St., Suite 1250
San Francisco, CA 94111
Telephone: (415) 466-3090
Email: joe@creitzserebin.com

Vincent Cheng, CSBN 230827
BLOCK & LEVITON LLP
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 968-8999
Email: vincent@blockesq.com

*Attorneys for Plaintiffs and the Class*

# CERTIFICATE OF SERVICE

I, Ming Siegel, hereby certify that on April 15, 2021, a copy of the foregoing Plaintiffs' Motion and Notice of Motion for Preliminary Approval of Settlement was served on the following counsel of record via the CM/ECF system:

Dated this 15th day of April 2021.

_/s/ Ming Siegel_
Ming Siegel

| | |
|---|---|
| Christopher W. Smith<br>Jason Levin<br>STEPTOE & JOHNSON LLP<br>633 West Fifth Street, 7th Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 439-9433<br>Email: csmith@steptoe.com<br>Email: jlevin@steptoe.com<br><br>Andrew J. Sloniewsky<br>Eric G. Serron<br>Linda C. Bailey<br>Paul J. Ondrasik, Jr.<br>Sara R. Pikofsky<br>STEPTOE & JOHNSON LLP<br>1330 Connecticut Avenue NW<br>Washington, DC 20036<br>Telephone: (202) 429-3907<br>Email: asloniewsky@steptoe.com<br>Email: eserron@steptoe.com<br>Email: lbailey@steptoe.com<br>Email: pondrasik@steptoe.com<br>Email: spikofsky@steptoe.com<br><br>*Attorneys for Defendants Rainbow Disposal Co., Inc. Employee Stock Ownership Plan Committee, Jon Black,* | Dylan Rudolph<br>TRUCKER HUSS APC<br>One Embarcadero Center, 12th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 788-3111<br>Email: drudolph@truckerhuss.com<br><br>Joseph Faucher<br>Brian D. Murray<br>TRUCKER HUSS APC<br>15821 Ventura Blvd., Suite 510<br>Encino, CA 91436<br>Telephone: (213) 537-1020<br>Email: jfaucher@truckerhuss.com<br>Email: bmurray@truckerhuss.com<br><br>*Attorneys for Defendant GreatBanc Trust Company*<br><br>Timothy J Toohey<br>GREENBERG GLUSKER FIELD CLAMAN AND MACHTINGER LLP<br>1099 Avenue of the Stars, 21st Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 553-3610 |

| | | |
|---|---|---|
| 1 | *Catharine Ellingsen, Bill Eggleston, Republic Services, Inc. and Rainbow Disposal Co., Inc.* | Email: ttoohey@greenbergglusker.com |
| 2 | | |
| 3 | | *Attorney for Defendant Gerald Moffatt* |
| 4 | David R. Scheidemantle<br>Adam D. Wieder | |
| 5 | Scheidemantle Law Group P.C.<br>35 East Union Street | Larry Walraven |
| 6 | Suite F | Nicole Wurscher |
| 7 | Pasadena, CA 91103<br>Telephone: (626) 660-4434 | Brian Selvan<br>WALRAVEN AND WESTERFELD |
| 8 | Email: david@scheidemantle-law.com | LLP |
| 9 | Email: adam@scheidemantle-law.com | 20 Enterprise Suite 310<br>Aliso Viejo, CA 92656 |
| 10 | *Attorney for Defendant Gregory Range* | Telephone: (949) 215-1990 |
| 11 | | Email: law@walravenlaw.com<br>Email: new@walravenlaw.com |
| 12 | | Email: bselvan@walravenlaw.com |
| 13 | | *Attorneys for Defendant Jeff Snow* |

*HURTADO, et al., v. RAINBOW DISPOSAL CO., INC. EMPLOYEE STOCK OWNERSHIP PLAN COMMITTEE, et al.,* Case No. 17-cv-1605-JLS-DFM
Plaintiffs' Motion and Notice of Motion for Preliminary Approval of Settlement 5