# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN (SANTA ANA) DIVISION

ANTONIO HURTADO, et al.,

Plaintiffs,

v.

RAINBOW DISPOSAL CO., INC. EMPLOYEE STOCK OWNERSHIP PLAN COMMITTEE, et al.

Defendants.

Case No.: 8:17-cv-01605-JLS-DFM

**JUDGMENT**

Pursuant to the Court's Order Granting Plaintiffs' Motion for Final Approval of Class Action Settlement (Doc. 228) it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. Pursuant to Rule 23(c)(3), the members of the Class for purposes of this Judgement are those persons meeting the definition of the Class as certified by the Court's order of April 22, 2019:

> All persons who were vested participants in the Rainbow Disposal Co., Inc. Employee Stock Ownership Plan as of October 1, 2014 and the beneficiaries of any such participants, excluding Defendants and persons who were named fiduciaries of the Rainbow Disposal Co., Inc. Employee Stock Ownership Plan, who are alleged in this action to have engaged in prohibited transactions or breaches of corporate fiduciary duties, or who had decision-making or administrative authority relating to the administration, modification, funding, or interpretation of the Rainbow Disposal Co., Inc. Employee Stock Ownership Plan, or who had such authority relating to the decision to sell assets of the Rainbow Disposal Co., Inc. Employee Stock Ownership Plan on or about October 1, 2014.

2. The Settlement Agreement (including the Releases in Section XIII) is finally approved and shall be consummated in accordance with its terms.

3. The Plan of Allocation is determined to be fair and reasonable, and Class Counsel, Defendants, the Settlement Administrator, and the Plan Administrator are directed to effect allocation and distribution of the Settlement Fund in accordance with the terms of the Settlement Agreement and Plan of Allocation, including within the times and in the manner set forth in Section IV of the Settlement Agreement.

4. The Protective Order (Doc. 134) previously entered by the Court is hereby modified consistent with Paragraph XV.1 of the Settlement Agreement to extend the time for Class Counsel to retain certain documents and to allow Class Counsel and the Settlement Administrator to retain the Class Data.

5. Co-Lead Class Counsel is authorized to withdraw the amount authorized to pay attorneys' fees, expenses, and service awards as awarded in the Court's Order Granting Plaintiffs' Motion for Final Approval of Class Action Settlement from the Settlement Fund (upon this Judgment becoming Non-Appealable) and to allocate the attorneys' fees and expenses in the reasonable discretion of Co-Lead Class Counsel.

6. Without affecting the finality of the Court's Order Granting Plaintiffs' Motion for Final Approval of Class Action Settlement or Final Judgment in any way, this Court expressly retains exclusive jurisdiction as to all matters relating to (a) enforcement, interpretation and implementation of the Settlement Agreement or the Plan of Allocation; (b) disposition of the Settlement Fund; (c) the payment of or division of attorneys' fees, reimbursement of expenses, and class representative service awards, and (d) administration of the Settlement Fund, and (e) enforcement of any order of this Court.

7. The Court hereby dismisses this Action with prejudice. Nothing in this Order, the Final Approval Order, or in the Final Judgment entered in connection with this Order shall preclude any action to enforce the Settlement Agreement or any other claims over which the Court retains jurisdiction.

Date: June 04, 2021  **IT IS SO ORDERED.**

_____
HON. JOSEPHINE L. STATION
UNITED STATES DISTRICT JUDGE